UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU,<br>   7413 Shrewsbury Court<br>   Beltsville, Maryland 20705<br><br>                Plaintiff,<br><br>           v.<br><br>STEPHEN L. JOHNSON,<br>   Administrator, United States<br>   Environmental Protection Agency<br>   401 M Street, S.W.<br>   Washington, D.C. 20460<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0946(RJL)<br>) Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendant in the above-captioned case.

                                          Respectfully submitted,

                                          _____

MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531
(202) 514-8789 (fax)
Marian.borum@usdoj.gov

Dated: June _____, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of June, 2006, a true and correct copy of the foregoing Praecipe was served upon plaintiff's counsel by first class United States mail, postage prepaid marked for delivery to:

DAVID H. SHAPIRO
Swick & Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.   20005

_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
501 3rd Street, N.W. - Room 4810
Washington, D.C. 20530
(202) 514-6531

Annette L. Dennis
Paralegal Assistant