**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NENA NWACHUKU ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. 06-0946 (RJL)** |
| STEPHEN L. JOHNSON, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sarah L. Riger as counsel for the plaintiff.

Respectfully submitted,

_____/S/_____
Sarah L. Riger
Bar No. 16871
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax  (202) 842-1418

Attorneys for Plaintiff