UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NENA NWACHUKU, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STEPHEN L. JOHNSON, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0946 (RJL) |

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this 17 day of July, 2007 hereby,

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

Close of all discovery 180 days from the date of this Order.

Initial Disclosures as per Fed. Civ. P. 26(a)(1) to be exchanged within 60 day of this Order.

Parties are limited to 10 depositions per side.

Parties are limited to serving 25 discrete interrogatories, requests for the production of documents and requests for admissions.

| | |
|---|---|
| Deadline for filing dispositive motions | 60 days after close of discovery. |
| Deadline for filing opposition to dispositive motions. | 45 days after the filing of dispositive motions. |
| Deadline for filing reply to opposition to dispositive motions | 30 days after the filing of the opposition to dispositive motions. |

IT IS SO ORDERED.

Date: 7/19/07

_____
UNITED STATES DISTRICT JUDGE