**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NENA NWACHUKU ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Action No. 06-0946 (RJL)** |
| STEPHEN L. JOHNSON, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

The clerk will please enter the appearance of Alana M. Hecht as the attorney of record in

this case.  David H. Shapiro remains the lead attorney of record in this case.

Respectfully submitted,

_____/S/_____
Alana M. Hecht, D.C. Bar No. 494097

_____/S/_____
David H. Shapiro, D.C. Bar No. 961326
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff