UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU,<br><br>  Plaintiff,<br><br> v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>U.S. Environmental Protection Agency,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 06-0946 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's first consent motion for an extension of time to file dispositive motion, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that Defendant shall have through, and including, April 7, 2008, to file a post-discovery dispositive motion in this action,

ORDERED, pursuant to the Initial Scheduling Order, that Plaintiff shall have 45 days after the filing of Defendant's dispositive motion to file her opposition, and it is further

ORDERED, pursuant to the Initial Scheduling Order, that Defendant shall have 30 days after Plaintiff files her opposition to Defendant's dispositive motion to file his reply.

_____        _____
Date                         RICHARD J. LEON
                              United States District Judge


Copies to Counsel of Record by CM/ECF.