UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Case No. 06-0946 (RJL) |

**CONSENT MOTION FOR AN EXTENSION OF TIME**
**TO FILE DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency ("EPA"), respectfully moves, by and through undersigned counsel, for an enlargement of time to file its post-discovery dispositive motion. Specifically, Defendant requests that the Court extend the deadline for filing its dispositive motion from April 7, 2008 to May 9, 2008, a thirty-two (32) day extension of time. Plaintiff, through her counsel, has graciously consented to the relief sought by this motion. The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race, color and national origin discrimination and retaliation under Title VII. Pursuant to the Court's Initial Scheduling Order of July 19, 2007, the deadline for filing dispositive motions was set as March 17, 2008. Thereafter, Defendant moved this Court for additional time (*i.e.* until April 7, 2008) to file its dispositive motion, which the Court granted on March 13, 2008.

- 2 -

Due to the size of this case and the volume of information adduced during discovery, and matters and deadlines in other pending cases, defense counsel requires additional time to formulate an appropriate dispositive motion, which could resolve Plaintiff's claims in this action without the need for a trial.  Indeed, defense counsel was recently required to address an unexpected motion for a temporary restraining order and preliminary injunction in *Howard v. Gutierrez, et al.*, 08-0421 (PLF), and is currently set to begin trial on April 21, 2008, in *Howard v. Gutierrez*, 04-0756 (PLF).  Accordingly, deferring the filing of Defendant's dispositive motion by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach for potentially resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendant's second request for an extension of this deadline and, in total, its second motion for an extension in this action.  Granting this Motion will affect the dates for opposition and reply on Defendant's dispositive motion.  That is, pursuant to the Court's Initial Scheduling Order, Plaintiff will have 45 days after Defendant files its dispositive motion to oppose, and thereafter, Defendant will have 30 days to file its reply.  Allowing Defendant a reasonable amount of additional time to formulate an appropriate dispositive motion serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that Defendant's time for filing a dispositive motion be extended to, and including, May 9, 2008.  A proposed order is attached.

- 3 -

Dated: April 3, 2008
      Washington, DC

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


     /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -