UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU,<br><br>       Plaintiff,<br><br>       v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>U.S. Environmental Protection Agency,<br><br>       Defendant. | Civil Case No. 06-0946 (RJL) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that JUDGMENT is hereby entered in Defendant's favor on all of Plaintiff's claims.

_____                          _____
Date                                                              RICHARD J. LEON
                                                                         United States District Judge


Copies to Counsel of Record by CM/ECF.