# EXHIBIT
# 30

## FY03: ROSTER: OFFICE OF SCIENCE AND TECHNOLOGY

File #03ROSTER                                                                01-Apr-03

**.... IMMED OFC, OFFICE OF SCIENCE AND TECHNOLOGY**          **ORG CODE: 43011000**

| Name | Grade | Code | Title |
|------|-------|------|-------|
| GRUBBS, GEOFFREY H. | ES-05 | 0801 | DIRECTOR, OFFICE OF |
| BARR, PAMELA S. | ES-01 | 0340 | DEPUTY. DIRECTOR, OFFICE OF |
| SCHOENY, RITA | GS-15/8 | 0401 | SUPV BIOLOGICAL SCIENT |
| *KUZMACK, ARNOLD M.* | *ED-00* | *1515* | *EXPERT (INTERMITTENT)* |
| BARRETT, MICHELLE | GS-13/4 | 1102 | CONTRACTS SPECIALIST |
| TURNER, YVONNE | GS-10/9 | 0318 | SECRETARY (TYPING) |

**.... RESOURCES MANAGEMENT AND INFORMATION STAFF**          **ORG CODE: 43015000**

| Name | Grade | Code | Title |
|------|-------|------|-------|
| HAFFA, ELLEN L. | GS-15/6 | 0343 | DIRECTOR |
| MCDONALD, DANNA | GS-14/6 | 0301 | INFORMATION MANAGEMENT SPECIALIST |
| PITTS, MARJORIE A. | GS-14/10 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| WILLIAMS, VERA L. | GS-13/5 | 2210 | IT SPECIALIST (SYSADMIN) |
| SETTLE, WILLIAM S. | GS-13/4 | 2210 | IT SPECIALIST (NETWORK) |
| ABRAHAM, SONYA A. | GS-12/3 | 0343 | PROGRAM ANALYST |
| SPRAUL, GREGORY D. | GS-11/1 | 2210 | IT SPECIALIST (INET) |
| JOHNSON, THEODORE R. | GS-13/10 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| SHAW, RICHARD L. | GS-13/8 | 0560 | BUDGET ANALYST |
| THOMAS, DENISE C. | GS-13/7 | 0343 | PROGRAM ANALYST |
| PLATT, MARY S. | GS-13/4 | 0343 | PROGRAM ANALYST |

**SEEP EMPLOYEES:**
CLINKSCALE, Rosa
ATWATER, Lillian

17  plus vacancies



-2-

01-Apr-03

#### .... IMMED OFC, ENGINEERING AND ANALYSIS DIVISION     ORG CODE: 43031100

| Name | Grade | Code | Title |
|---|---|---|---|
| SMITH, MARY T. | ES-03 | 0801 | DIRECTOR |
| NICOLL, DEBRA J. | GS-15 | 0028 | SUPERVISORY ENVIR. PROTECT. SPEC. |
| ANDERSON, DONALD F. | GS-15 | 0819 | ENVIRONMENTAL ENGINEER |
| SWANN, CAROL M. | GS-13 | 0343 | PROGRAM ANALYST |
| RANDOLPH, BEVERLY J. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| HOLMES, CASSANDRA A. | GS-08 | 0318 | SECRETARY (TYPING) |
| BREWSTER, TAMARRA J. | GS-04 | 0322 | CLERK TYPIST |
| HOPKINS, JOHN | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |

#### .... STATISTICS AND ANALYTICAL SUPPORT BRANCH     ORG CODE: 43032002

| Name | Grade | Code | Title |
|---|---|---|---|
| GOMEZ-TAYLOR, MARIA | GS-15 | 0028 | (SUPV). ENV. PROT. SPEC. |
| TELLIARD, WILLIAM A. | GS-15 | 1301 | ENVIRONMENTAL SCIENTIST |
| KAHN, HENRY D. | GS-15 | 1530 | STATISTICIAN |
| KELLY, MARION K. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| SMITH, MARLA D. | GS-14 | 1530 | STATISTICIAN |
| DITTHAVONG, KHOUANE | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| SIMBANIN, CYNTHIA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| OSHIRO, ROBIN | GS-13 | 0403 | MICROBIOLOGIST |
| FOX, JOHN F. | GS-14 | 1529 | MATHEMATICAL STATISTICIAN |
| LEE-FREEMAN, JADE J. | GS-13 | 1529 | MATHEMATICAL STATISTICIAN |
| KOPYLEV, LEONID Y. | GS-12 | 1529 | MATHEMATICAL STATISTICIAN |
| DAVIS, CHRISTINE C. | GS-11 | 0401 | BIOLOGIST |

#### .... CHEMICAL ENGINEERING BRANCH     ORG CODE: 43036002

| Name | Grade | Code | Title |
|---|---|---|---|
| FORSHT, ELWOOD H. | GS-15 | 0893 | SUPV. CHEMICAL ENGINEER |
| JETT, GEORGE M. | GS-14 | 0893 | CHEMICAL ENGINEER |
| JORDAN, RONALD P. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| MATUSZKO, JAN S. | GS-14 | 0893 | CHEMICAL ENGINEER |
| SHRINER, PAUL | GS-13 | 0893 | CHEMICAL ENGINEER |
| SIDDIQUI, M. AHMAR | GS-09 | 0893 | CHEMICAL ENGINEER |
| HARRIGAN, PATRICIA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |

#### .... ECONOMIC & ENVIRONMENTAL ASSESSMENT BRANCH     ORG CODE: 43037000

| Name | Grade | Code | Title |
|---|---|---|---|
| BOUWES, NICOLAAS W. SR. | GS-15 | 0110 | SUPERVISORY ECONOMIST |
| TUDOR, LYNNE G. | GS-14 | 0110 | ECONOMIST |
| DENNING, GEORGE | GS-13 | 0110 | ECONOMIST |
| ANDERSON, WILLIAM C. | GS-14 | 0110 | ECONOMIST |
| MILLER, JAMES | GS-13 | 0110 | ECONOMIST |
| MILLER, CHRISTOPHER | GS-13 | 0110 | ECONOMIST |
| COVINGTON, JAMES | GS-13 | 0110 | ECONOMIST |
| JOHNSON, RENEE | GS-13 | 0110 | ECONOMIST |
| McGUIRE, LISA H. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| BORN, THOMAS M. | GS-13 | 0343 | PROGRAM ANALYST |
| ZIPF, LYNN | GS-11 | 0401 | BIOLOGIST |

-3-

#### .... *ENVIRONMENTAL ENGINEERING BRANCH*                    ORG CODE: 43038000

| | | | |
|---|---|---|---|
| RUBIN, MARVIN B. | GS-15 | 1301 | SUPV. ENVIRONMENTAL SCIENTIST |
| HUND, FRANK H. | GS-14 | 1320 | CHEMIST |
| GOODWIN, JANET K. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| BARASH, SHARI | GS-14 | 0893 | CHEMICAL ENGINEER |
| STRASSLER, ERIC D. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| WISE, HUGH E. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| JORDAN, MARTA | GS-13 | 0893 | CHEMICAL ENGINEER |
| STAPLETON, GREGORY A. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| JOHNSTON, CAREY | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| PRITTS, JESSE W. | GS-13 | 0810 | CIVIL ENGINEER |
| LEWIS, SAMANTHA | GS-13 | 0893 | CHEMICAL ENGINEER |
| LARIMER, LISA | GS-11 | 0893 | CHEMICAL ENGINEER |

#### .... *COOLING WATER INTAKE TASK FORCE*                    ORG CODE: 43039000

| | | | |
|---|---|---|---|
| WALL, THOMAS | GS-15 | 1301 | SUPV. ENVIRONMENTAL PROTECT. SPEC. |
| MONK, KATHY | GS-15 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| HART, DEBRA | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| ALI, GHULAM | GS-13 | 0110 | ECONOMIST |
| CONNOR, TIMOTHY E. | GS-14 | 0893 | CHEMICAL ENGINEER |
| ALLEN, ASHLEY L. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| THOMAS, DANA | GS-13 | 0401 | BIOLOGIST |
| SEGALL, MARTHA | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| CHAN, JENNIFER Y. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |

59  plus vacancies

-4-

01-Apr-03

## .... IMMED OFC, HEALTH AND ECOLOGICAL CRITERIA DIV        ORG CODE: 43041001

| ZARBA, CHRISTOPHER | GS-15 | 0401 | DIRECTOR (Acting) |
|---|---|---|---|

### ....CLEAN WATER ACT - (ECOLOGY)

| MACIOROWSKI, ANTHONY F. | GS-15 | 0401 | DIRECTOR, ASSOC. |
|---|---|---|---|
| CANTILLI, ROBERT E. | GS-15 | 0401 | BIOLOGIST |
| SWIETLIK, WILLIAM | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| GOSTOMSKI, FRANK E. | GS-14 | 0401 | BIOLOGIST |
| RUBIN, ALAN B. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| DELOS, CHARLES G. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| GIBSON, GEORGE R. JR. | GS-14 | 0401 | BIOLOGIST |
| REILEY, MARY C. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| FLEMER, DAVID A. | GS-14 | 0408 | ECOLOGIST |
| BORUM, DENIS R. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| JACKSON, SUSAN K. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| ORTIZ, AGNES | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| CRAWFORD, KATHY L. | GS-13 | 0343 | PROGRAM ANALYST |
| HENRY, TALA | GS-13 | 0415 | TOXICOLOGIST |
| STEVENS, RICHARD R. | GS-13 | 0401 | BIOLOGIST |
| BELL, HEIDI | GS-13 | 0415 | TOXICOLOGIST |
| ROBERTS, CYNTHIA A. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| POTTS, STEPHEN | GS-13 | 0343 | PROGRAM ANALYST |
| DAVIS, IFEYINWA | GS-12 | 1301 | ENVIRONMENTAL SCIENTIST |
| SMITH, TREDA | GS-12 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| HARRISON, SHIRLEY L. | GS-11 | 0343 | PROGRAM ANALYST |
| PLUNKETT, ARLEEN A. | GS-11 | 0343 | PROGRAM ANALYST |
| *CRUZ, LUIS        (Intern)* | *GS-09* | *0401* | *BIOLOGIST* |
| HOWELL, AMIE | GS-11 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |

### ....SAFE DRINKING WATER ACT - (HEALTH)

| OHANIAN, EDWARD | GS-15 | 0415 | TOXICOLOGIST |
|---|---|---|---|
| SCHAUB, STEPHEN A. | GS-14 | 0403 | MICROBIOLOGIST |
| DU, JULIE | GS-14 | 0415 | TOXICOLOGIST |
| ABERNATHY, CHARLES O. | GS-14 | 0415 | TOXICOLOGIST |
| MAHFOUZ, AMAL M. | GS-14 | 0415 | TOXICOLOGIST |
| CHIU, HWA NANCY | GS-14 | 0415 | TOXICOLOGIST |
| ALMODOVAR, LISA | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| DONOHUE, JOYCE M. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| NWACHUKU, NENA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| BATHIJA, AMBIKA T. | GS-13 | 0415 | TOXICOLOGIST |
| WONG, DIANA | GS-13 | 0415 | TOXICOLOGIST |
| PARKER, LATISHA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| CONERLY, OCTAVIA D. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| KUEBERUWA, STEVEN | GS-12 | 0401 | BIOLOGIST |
| HASAN, JAFRUL A. | GS-12 | 0403 | MICROBIOLOGIST |
| MOSS, ALICE E. | GS-13 | 0343 | PROGRAM ANALYST |
| HOWARD, SHERRY R. | GS-07 | 0301 | INFORMATION MANAGEMENT SPECIALIST |

**SEEP EMPLOYEES:**

BALL, Sylvia                LEFTWICH, Barbara
BELL, Frank                 BATSON, Delores
GALAL-GORCHEV, Hend

42  plus vacancies

-5-                                                                01-Apr-03

#### .... IMMED OFC, STANDARDS AND HEALTH PROTECTION DIV          ORG CODE: 43051001

| Name | Grade | Code | Title |
|------|-------|------|-------|
| GREVATT, PETER C. | GS-15 | 0028 | DIRECTOR (Acting) |
| VONETES, MARIA | GS-13 | 0343 | PROGRAM ANALYST |
| COOPER, TANGELA D. | GS-13 | 0301 | CONTRACT LIASON SPECIALIST |
| TREACY, MAUREEN S. | GS-08 | 0318 | SECRETARY (TYPING) |

#### .... WATER QUALITY STANDARDS BRANCH                          ORG CODE: 43052001

| Name | Grade | Code | Title |
|------|-------|------|-------|
| LEUTNER, FREDERICK D. | GS-15 | 0028 | SUPV. ENVIRONMENTAL PROTECT. SPEC. |
| KRAMER, WILLIAM H. | GS-15 | 0343 | PROGRAM ANALYST |
| DESSELLE, FRANCES A. | GS-13 | 0343 | PROGRAM ANALYST |
| GOURDINE, KATHERINE | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| GARDNER, THOMAS J. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| DEA, JOANNE | GS-13 | 0343 | PROGRAM ANALYST |
| THOMPSON, BRIAN E. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| HANLON, EDWARD J. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| LALLEY, CARA | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| VLCAN, MANJALI G. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| MARTIN, CASSANDRA | GS-08 | 0344 | PROGRAM ASSISTANT |
| WIGAL, JENNIFER L. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| GOODWIN, BRYAN | GS-11 | 1301 | ENVIRONMENTAL SCIENTIST |
| WILCUT, LARS | GS-12 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| KUBENA, KELLIE | GS-13 | 0401 | AQUATIC BIOLOGIST |
| FOERSUM-HUFF, LISA | GS-11 | 0401 | BIOLOGIST |

#### .... HEALTH PROTECTION MODELING BRANCH                       ORG CODE: 43053000

| Name | Grade | Code | Title |
|------|-------|------|-------|
| PENDERGAST, JAMES | GS-15 | 0819 | SUPV. ENVIRONMENTAL ENGINEER |
| ARMITAGE, THOMAS M. | GS-15 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| KINERSON, RUSSELL S., JR. | GS-15 | 1301 | ENVIRONMENTAL SCIENTIST |
| HEALY, RICHARD P. | GS-14 | 0819 | ENVIRONMENTAL ENGINEER |
| HOFFMANN, WILLIAM F. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| BIGLER, JEFFREY D. | GS-14 | 0482 | FISHERY BIOLOGIST |
| STAHL, LEANNE L. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST |
| KEATING, JAMES | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| IRELAND, SCOTT | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| KOVATCH, CHARLES E. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| SHIPPEN, ROBERT S. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| BISWAS, HIRANMAY | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST |
| WELLMAN , MARJORIE C. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| PARTINGTON, EDWARD R. | GS-13 | 0334 | COMPUTER SPECIALIST |
| COCCA, PAUL A. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER |
| WELLS, DAVID | GS-13 | 1315 | HYDROLOGIST |
| MORRIS, MARK L. | GS-15 | 0819 | ENVIRONMENTAL ENGINEER |
| LEAMOND, CAROLYN E. | GS-11 | 1301 | ENVIRONMENTAL SCIENTIST |
| FABIANO, CLAUDIA | GS-09 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |
| MACWILLIAMS, LAUREN K. | GS-07 | 0028 | ENVIRONMENTAL PROTECT. SPEC. |

**SEEP EMPLOYEES:**
JACKSON, Eleanor

40  plus vacancies

# EXHIBIT
# 31



Goʋꓕ HRG Ex
7

## Declaration of Ellen Haffa

I, Ellen Haffa, make the following statement, with knowledge that any material false representation on my part, would subject me to a charge of perjury.

1.    I presently serve as the Director of the Office of Science and Technology's (OST) Resource Management and Information Staff in the immediate office of OST. In the spring of 2003 when Geoffrey Grubbs convened a promotion panel, I was also serving in such capacity, and Geoffrey Grubbs, then Office Director, and Pamela Barr, the then-Deputy Office Director, were my immediate supervisors.

2.    At the time of the promotion panel referenced in paragraph 1, above, Vera Williams-Bowers was a GS-13 serving as OST's Information Technology specialist, and she was one of my direct reports.

3.    Incident to the convening of the promotion panel, Ms. Barr invited me to advise her of any of my GS-13 subordinates whom I considered viable promotion candidates. I strongly recommended Ms. Williams-Bowers to her, and it is my understanding that Ms. Barr proposed Ms. Williams-Bower to the entire promotion panel.

4.    At no point in time did I ever counsel Ms. Williams-Bowers not to submit documentation supporting her promotion. And, since I never considered her lacking in qualifications for an accretion of duties promotion, it is absurd for anyone to suggest that I so counseled her because of my conviction that she was ineligible for such a promotion.

5.    If anyone has said that I advised Ms. Williams-Bowers not to bother submitting paperwork in connection with the spring 2003 promotion process because such an exercise would be purposeless, that person would either be lying or completely ignorant of the true facts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October/7, 2005.

_Ellen L. Haffa_
Ellen Haffa
Director, Resource Management Team
Office of Science and Technology

*Oct. 17, 2005*



# EXHIBIT
# 32

## Declaration of Richard Shaw

I, Richard Shaw, make the following statement, with knowledge that any material false representation on my part, would subject me to a charge of perjury.

1.    I presently serve in the capacity of Budget Analyst in the Office of Science and Technology's (OST).

2.    On the morning of May 7, 2008, Suzanne Rudzinski, OST's Deputy Office Director, tasked me with the responsibility of generating print-outs that would reflect OST's staffing by division and branch during the calendar year 2003 period.

3.    For as long as I have served in my present capacity, OST has generated monthly personnel staffing reports that identify all office staff, their division/branch affiliation and each employee's grade and title.

4.    I retrieved all the reports that existed for calendar year 2003, and produced such reports to Ms. Rudzinski during the middle to late morning of May 7, 2008.

5.    Mr. Winick, in EPA's Office of General Counsel later shared with me a copy of the reports that he said he had provided to Mr. Hudak in the Department of Justice. The reports that Mr. Winick presented to me were the same ones that I had produced to Ms. Rudzinski. The reports are dated February 6, 2003; February 23, 2003; April 1, 2003; April 15, 2003; May 15, 2003; June 25, 2003; July 1, 2003; October 1, 2003; December 1, 2003; and December 14, 2003. These reports represent OST's personnel data for the months of January - July, and September - December 2003.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 7, 2008.

**Richard Shaw**
**Budget Analyst**



# EXHIBIT
# 33

ATTACHMENT 1

## FY04: ROSTER: OFFICE OF SCIENCE AND TECHNOLOGY

| File #04ROSTER | | | | 01-Jun-04 |
|---|---|---|---|---|
| **... IMMED OFC, OFFICE OF SCIENCE AND TECHNOLOGY** | | | | **RACE** |
| GRUBBS, GEOFFREY H. | ES-00 | 0801 | DIRECTOR, OFFICE OF | C |
| BARR, PAMELA S. | ES-00 | 0340 | DEPUTY DIRECTOR, OFFICE OF | C |
| SCHOENY, RITA | GS-15 | 1515 | SENIOR SCIENCE ADVIDOR | C |
| | | | | |
| **.... RESOURCES MANAGEMENT AND INFORMATION STAFF** | | | | **RACE** |
| HAFFA, ELLEN L. | GS-15 | 0343 | DIRECTOR | C |
| MCDONALD, DANNA | GS-14 | 0301 | INFORMATION MANAGEMENT SPECIALIST | C |
| WILLIAMS, VERA L. | GS-14 | 2210 | IT SPECIALIST (SYSADMIN) | AA |
| GONZALES, TIMOTHY P. | GS-14 | 0343 | PROGRAM ANALYST | H |
| JOHNSON, THEODORE R. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | AA |
| SHAW, RICHARD L. | GS-13 | 0560 | BUDGET ANALYST | AA |
| THOMAS, DENISE C. | GS-13 | 0343 | PROGRAM ANALYST | AA |
| PLATT, MARY S. | GS-13 | 0343 | PROGRAM ANALYST | C |
| SETTLE, WILLIAM S. | GS-13 | 2210 | IT SPECIALIST (NETWORK) | AA |
| ORTIZ, AGNES | GS-13 | 0343 | PROGRAM ANALYST | H |
| HAWKINS, PAULA | GS-13 | 0343 | PROGRAM ANALYST | AA |
| | | | | |
| **.... IMMED OFC, ENGINEERING AND ANALYSIS DIVISION** | | | | **RACE** |
| SMITH, MARY T. | ES-03 | 0801 | DIRECTOR | C |
| NICOLL, DEBRA J. | GS-15 | 0028 | SUPERVISORY ENVIR. PROTECT. SPEC. | C |
| SWANN, CAROL M. | GS-13 | 0343 | PROGRAM ANALYST | C |
| RANDOLPH, BEVERLY J. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | AA |
| HOPKINS, JOHN | GS-13 | 0343 | PROGRAM ANALYST | C |
| | | | | |
| **⁻. STATISTICS AND ANALYTICAL SUPPORT BRANCH** | | | | **RACE** |
| GOMEZ-TAYLOR, MARIA | GS-15 | 0028 | (SUPV) ENV. PROT. SPEC. | H |
| TELLIARD, WILLIAM A. | GS-15 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| KELLY, MARION K. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| SMITH, MARLA D. | GS-14 | 1530 | GENERAL STATISTICIAN | C |
| OSHIRO, ROBIN | GS-13 | 0403 | MICROBIOLOGIST | AAPI |
| KOPYLEV, LEONID Y. | GS-13 | 1529 | MATHEMATICAL STATISTICIAN | C |
| | | | | |
| **.... CHEMICAL ENGINEERING BRANCH** | | | | **RACE** |
| WALL, THOMAS | GS-15 | 1301 | SUPV. ENVIRONMENTAL SCIENTIST | C |
| ANDERSON, DONALD F. | GS-15 | 0819 | ENVIRONMENTAL ENGINEER | C |
| FORSHT, ELWOOD H. | GS-15 | 0893 | CHEMICAL ENGINEER | C |
| JORDAN, RONALD P. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| MATUSZKO, JAN S. | GS-14 | 0893 | CHEMICAL ENGINEER | C |
| SHRINER, PAUL | GS-13 | 0893 | CHEMICAL ENGINEER | C |
| HARRIGAN, PATRICIA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |

Exhibit _18_ p._3_

-2-                                                                01-Jan-04

**.... ECONOMIC & ENVIRONMENTAL ASSESSMENT BRANCH**

| | | | | RACE |
|---|---|---|---|---|
| BOUWES, NICOLAAS W. SR. | GS-15 | 0110 | SUPERVISORY ECONOMIST | C |
| ANDERSON, WILLIAM C. | GS-14 | 0110 | ECONOMIST | C |
| DENNING, GEORGE | GS-13 | 0110 | ECONOMIST | C |
| MILLER, CHRISTOPHER | GS-13 | 0110 | ECONOMIST | C |
| COVINGTON, JAMES | GS-13 | 0110 | ECONOMIST | AA |
| JOHNSON, RENEE | GS-13 | 0110 | ECONOMIST | C |
| McGUIRE, LISA H. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| BORN, THOMAS M. | GS-13 | 0343 | PROGRAM ANALYST | C |
| ZIPF, LYNN | GS-13 | 0401 | BIOLOGIST | C |

**.... ENVIRONMENTAL ENGINEERING BRANCH**

| | | | | RACE |
|---|---|---|---|---|
| RUBIN, MARVIN B. | GS-15 | 1301 | SUPV. ENVIRONMENTAL SCIENTIST | C |
| HUND, FRANK H. | GS-14 | 1320 | CHEMIST | C |
| GOODWIN, JANET K. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| STRASSLER, ERIC D. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| JOHNSTON, CAREY | GS-14 | 0819 | ENVIRONMENTAL ENGINEER | C |
| WISE, HUGH E. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| JORDAN, MARTA | GS-13 | 0893 | CHEMICAL ENGINEER | H |
| PRITTS, JESSE W. | GS-13 | 0810 | CIVIL ENGINEER | C |
| LEWIS, SAMANTHA | GS-13 | 0893 | CHEMICAL ENGINEER | C |

**.... COOLING WATER INTAKE TASK FORCE**

| | | | | RACE |
|---|---|---|---|---|
| HART, DEBRA | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| ALLEN, ASHLEY L. | GS-13 | 0028 | ENVIRONMENTAL SCIENTIST | C |
| SEGALL, MARTHA | GS-13 | 0819 | ENVIRONMENTAL ENGINEER | C |

**.... IMMED OFC, HEALTH AND ECOLOGICAL CRITERIA DIV**

| | | | | RACE |
|---|---|---|---|---|
| OHANIAN, EDWARD | ES-00 | 0340 | DIRECTOR | C |

**....CLEAN WATER ACT - (ECOLOGY)**

| | | | | |
|---|---|---|---|---|
| CANTILLI, ROBERT E. | GS-15 | 0401 | BIOLOGIST | C |
| SWIETLIK, WILLIAM | GS-14 | 0028 | LEAD ENVIRONMENTAL PROTECT. SPEC. | C |
| GOSTOMSKI, FRANK E. | GS-14 | 0401 | BIOLOGIST | C |
| RUBIN, ALAN B. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| DELOS, CHARLES G. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| GIBSON, GEORGE R. JR. | GS-14 | 0401 | BIOLOGIST | C |
| REILEY, MARY C. | GS-14 | 0028 | LEAD ENVIRONMENTAL PROTECT. SPEC. | C |
| FLEMER, DAVID A. | GS-14 | 0408 | ECOLOGIST | C |
| BORUM, DENIS R. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| JACKSON, SUSAN K. | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| PARKER, AMANDA | GS-14 | 0401 | BIOLOGIST | C |
| CRAWFORD, KATHY-L. | GS-13 | 0343 | PROGRAM ANALYST | C |
| HENRY, TALA | GS-13 | 0415 | TOXICOLOGIST | C |
| STEVENS, RICHARD R. | GS-13 | 0401 | BIOLOGIST | C |
| BELL, HEIDI | GS-13 | 0415 | TOXICOLOGIST | C |
| ROBERTS, CYNTHIA A. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| POTTS, STEPHEN | GS-13 | 0343 | PROGRAM ANALYST | C |
| DAVIS, IFEYINWA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | AA |
| SMITH, TREDA | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | AA |

Exhibit_____ 18 _p._ 4

-3-                                                              01-Jun-04

| ...SAFE DRINKING WATER ACT - (HEALTH) | | | | RACE |
|---|---|---|---|---|
| DOYLE, ELIZABETH | GS-15 | 0401 | DIRECTOR, ASSOC. | C |
| SCHAUB, STEPHEN A. | GS-14 | 0403 | MICROBIOLOGIST | C |
| DU, JULIE | GS-14 | 0415 | TOXICOLOGIST | AAPI |
| ABERNATHY, CHARLES O. | GS-14 | 0415 | TOXICOLOGIST | C |
| MAHFOUZ, AMAL M. | GS-14 | 0415 | TOXICOLOGIST | C |
| CHIU, HWA NANCY | GS-14 | 0415 | TOXICOLOGIST | AAPI |
| ALMODOVAR, LISA | GS-14 | 0028 | LEAD ENVIRONMENTAL PROTECT. SPEC. | H |
| DONOHUE, JOYCE M. | GS-14 | 0028 | LEAD ENVIRONMENTAL PROTECT. SPEC. | C |
| NWACHUKU, NENA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | AA |
| BATHIJA, AMBIKA T. | GS-13 | 0415 | TOXICOLOGIST | C |
| PARKER, LATISHA | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | AA |
| CONERLY, OCTAVIA D. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | AA |
| KUEBERUWA, STEVEN | GS-13 | 0401 | BIOLOGIST | AA |
| HASAN, JAFRUL A. | GS-13 | 0403 | MICROBIOLOGIST | AA |
| MOSS, ALICE E. | GS-13 | 0343 | PROGRAM ANALYST | AA |

| ...IMMED OFC, STANDARDS AND HEALTH PROTECTION DIV | | | | RACE |
|---|---|---|---|---|
| KEEHNER, DENISE M. | ES-03 | 0801 | DIRECTOR | C |
| VONETES, MARIA | GS-13 | 0343 | PROGRAM ANALYST | C |
| COOPER, TANGELA D. | GS-13 | 0301 | CONTRACT LIASON SPECIALIST | AA |

| ....WATER QUALITY STANDARDS BRANCH | | | | RACE |
|---|---|---|---|---|
| DAVIS, DONNA S. | GS-15 | 0028 | SUPV. ENVIRONMENTAL PROTECT. SPEC. | C |
| LEUTNER, FREDERICK D. | GS-16 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| KRAMER, WILLIAM H. | GS-15 | 0343 | PROGRAM ANALYST | C |
| 'ORRIS, MARK L. | GS-15 | 0819 | ENVIRONMENTAL ENGINEER | C |
| .EATING, JAMES | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| WIGAL, JENNIFER L. | GS-14 | 0028 | ENV. PROTECT. SPEC. (LEADER) | C |
| BARASH, SHARI | GS-14 | 0893 | CHEMICAL ENGINEER | C |
| CONNOR, TIMOTHY E. | GS-14 | 0893 | CHEMICAL ENGINEER | C |
| DESSELLE, FRANCES A. | GS-13 | 0343 | PROGRAM ANALYST | C |
| GOURDINE, KATHERINE | GS-13 | 0819 | ENVIRONMENTAL ENGINEER | AA |
| GARDNER, THOMAS J. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| THOMPSON, BRIAN E. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| HANLON, EDWARD J. | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| LALLEY, CARA | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| VLCAN, MANJALI G. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| GOODWIN, BRYAN | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | AA |
| WILCUT, LARS | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| KUBENA, KELLIE | GS-13 | 0401 | AQUATIC BIOLOGIST | C |
| STAPLETON, GREGORY A. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER | C |
| ALI, GHULAM | GS-13 | 0110 | ECONOMIST | C |
| THOMAS, DANA | GS-13 | 0401 | BIOLOGIST | C |

Exhibit 18 p. 5

-4-                                                                      01-Jun-04

**... HEALTH PROTECTION MODELING BRANCH**                                          **RACE**

| | | | | |
|---|---|---|---|---|
| PENDERGAST, JAMES | GS-15 | 0819 | SUPV. ENVIRONMENTAL ENGINEER | C |
| KINERSON, RUSSELL S., JR. | GS-15 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| HEALY, RICHARD P. | GS-14 | 0819 | ENVIRONMENTAL ENGINEER | C |
| HOFFMANN, WILLIAM F. | GS-14 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| BIGLER, JEFFREY D. | GS-14 | 0482 | FISHERY BIOLOGIST | C |
| BISWAS, HIRANMAY | GS-14 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| STAHL, LEANNE L | GS-13 | 1301 | ENVIRONMENTAL SCIENTIST | C |
| KOVATCH, CHARLES E. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| SHIPPEN, ROBERT S. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| WELLMAN, MARJORIE C. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| PARTINGTON, EDWARD R. | GS-13 | 2210 | IT SPECIALIST | C |
| COCCA, PAUL A. | GS-13 | 0819 | ENVIRONMENTAL ENGINEER | C |
| WELLS, DAVID | GS-13 | 1315 | HYDROLOGIST | C |
| FISH, TONYA H. | GS-13 | 0028 | ENVIRONMENTAL PROTECT. SPEC. | C |
| CARLETON, JAMES | GS-13 | 0819 | ENVIRONMENTAL ENGINEER | C |

**LEGEND**
**AAPI = ASIAN AMERICAN PACIFIC ISLANDER**
**AA = AFRICAN AMERICAN**
**H = HISPANIC**
**C = CAUCASIAN**

Exhibit_____18___ p. _6_

# EXHIBIT
# 34



**CHAPTER**
280
P.O. Box 76082
Washington, DC 20013

Telephone: 202-260-2383

MEMORANDUM                                         November 21, 2001

SUBJECT:    Grievance Step 1 - Discrimination and Retaliation

FROM:       Nena Nwachuku, Ph.D., Environmental Scientist
            Office of Water/OST/HECD (4304)

TO:         Geoff Grubbs, Office Director
            Office of Science and Technology (4301)

This is a grievance, Step 1, filed under Article VII of the Collective Bargaining Agreement (CBA) between Headquarters, Environmental Protection Agency and the National Treasury Employees Union Chapter 280. Under the terms of the CBA, we are requesting a face to face meeting with you to resolve this grievance. This grievance is being filed consistent with the Administrator's "Zero Tolerance Discrimination Policy".

BACKGROUND

I am an Environmental Scientist with the Health and Ecological Criteria Division (HECD) and have been with this division and EPA for 4 years. I have 12 years of federal service and 15 years experience in the environmental industry. I am a naturalized African-American female with a Ph.D in microbiology from George Washington University. Part of my duties include managing 10 work assignments. My job performance has been outstanding and I have produced excellent technical work products. My products were chosen two years in a row to be placed on the OST directors list to show case microbiology team products. This year alone, I have 6 peer reviewed publications and coauthored a chapter in the Encyclopedia of Environmental Microbiology (John Wiley & Sons, N.Y. ) I serve on different work groups. Program Offices call on me to review and provide comments to Agency documents. I served on OW Choice Award panel for 2 years.

Since I joined EPA in January 1998, I have been subjected to continuous and unrelenting discrimination, denial of travel opportunities, denial of training opportunities, very little to no recognition for my achievements, and excluded from participating in various Division and Agency activities such as awards committees, technical evaluation panels, travel committees, and most importantly meetings that critically affect my job performance.

On August 25, 2000, I met with Jim Hanlon along with my Union representatives Executive Vice President Dwight Welch and Chief Steward Rosezella Canty-Letsome. At this meeting we

9 A

2

discussed my ongoing struggle against discrimination and a hostile work environment. Mr. Hanlon promised to remedy the situation and to talk to my supervisor Rita Schoeny. However, no relief has been forthcoming and, indeed, the hostile work environment has gotten worse.

On July 26, 2001 I met with Mr. Geoff Grubbs, Office Director of OST along with my Union representative Dwight Welch. At this meeting Mr. Grubbs promised Mr. Welch to not only look into my specific situation, but as Mr. Welch informs me, after I left this meeting, he also promised to look into the complaints of several other Naturalized Asian and Middle-Eastern-Americans. Mr. Grubbs failed to get back with Mr. Welch on any of these complaints.

SPECIFIC COMPLAINTS

The below litany of complaints represents an ongoing pattern of discrimination in a hostile work environment which began in my first weeks here and continues to this day.

1. I volunteered for the awards committee *again* on July 3, 2001 to replace an employee who left the division, but my e-mail was never even given the courtesy of a reply by Rita Schoeny, or Jeanette Wiltse. I found out on November 5, 2001 that the committee had met and I was denied the opportunity to serve. This was my fourth time volunteering since 1998, and asking to participate. In all four situations I was not even given the courtesy of a reply. I raised the same issue with Jim Hanlon on August 25, 2000 who later informed me that Rita Schoeny said I had not been asked to participate because I have not volunteered.

2. I have asked for OPM policy and supervisory training for the years 1999, 2000, and 2001; however, I was denied this training. I have been tentatively scheduled to receive this training in 2003. However, I find it curious that people who have just been assigned to my office and people who did not request for this training will get the training before me. I regard this treatment to be based upon a pattern of racial and ethnic discrimination.

3. A memo requesting division volunteers from teams to be on a technical review committee for a contract award was sent to all HECD employees. I volunteered and my name was sent to Norma Whetzel, a fellow employee, on October 25, 2000. Thirty minutes later, Norma sent out an email indicating she changed her mind and no longer needed any volunteers effectively cancelling the committee.

4. A memo requesting volunteers to serve on the travel committee was sent out by Norma Whetzel. I volunteered and was invited to two initial meetings only, but was excluded from subsequent meetings when division travels were evaluated and finalized. I do not get meeting invitations sent to the committee by Norma Whetzel and I am not listed as a member.

5. In February of 1998, one of my first tasks was part of a team that worked on the California Toxics Rule. I was assigned various topics to respond to. I was in on the meetings with Region 9 on this task. Charles Delos coordinated my work and informed the division director in a status

3

meeting that it was completed. I did the bulk of the work at home after hours on my own time as I was not given a computer in HECD for 3 months. However, once all other aspects of the work was completed, an agency group award was given to the CTR group but I was not included.

6. I have been working on the Groundwater Rule since 1999, I am the OST contact in the work group. I reviewed all 8 huge supporting documents including occurrence studies, treatment and health effects document, the risk assessment of the rule. My detailed comments and discussions at meetings helped OGWDW refine and make changes in the risk document. I handle all the projects on the coliphage indicator and made recommendations to the former OST director regarding the inclusion of a coliphage indicator to the Rule. OGW accepted the director's recommendation in the rule. This rule has been proposed but I have not been recommended to receive any recognition at the Agency level for my contributions to the proposed rule.

7. On July 26, 2001 I met with Geoff Grubbs along with my Union representative to complain about being arbitrarily and capriciously removed as the MWAP team coordinator, and also as an MWAP team member by Rita Schoeny after serving only 4 months on my term. I was not told why the decision was made. I asked her what my future options were and Rita Schoeny replied, "You will either sink or swim." Team coordination is an item on my performance standard. Every other member of this team had their turn and served a full 12 months term and during their term, Rita Schoeny recognized their roles and interacted with them routinely. When it was my turn, Rita Schoeny refused for 3 months to accept any of my meeting invitations, refused to recognize my term and rather diminished my role and the integrity of the team. Important team decisions affecting team work were made outside the team by only two members and without the team input. Meetings were held outside the team and three members discussed team issues that affected all five and Rita encouraged the situation. This supervisor selectively shared information about required team actions and did not include the coordinator. Although Mr. Grubbs promised resolution of this situation since July 2001, and although he promised to get back to my Union representative, Mr. Dwight Welch, he failed to do so.

8.. On August 23, 2000, I asked to participate in a technical meeting in Cincinnati concerning an important EPA project (Treatability of microbial contaminants on the CCL list), which was being managed by me. There was a series of emails from program offices regarding their interest in what OST was doing in this project and the fact that some of the results had been presented in an international conference in Paris. I was denied travel to Ohio to inform the group and to participate. However, Rita Schoeny picked another person without any knowledge of this project to attend the meeting. Rita asked another employee in OGW if she would like to go along with the members she wanted to attend the Cincinnati meeting. Consequently the project was never discussed at the meeting. At a later date, Rita Schoeny asked me to call and discuss the project with an agency scientist in RTP who attended the Cincinnati meeting. In addition, one of the employees who attended the meeting, requested that I educate her on my project.

9. One team member makes arbitrary decisions with no discussion or input from the team. This has persisted for 4 years. The decisions are usually used as pay back for personal favors done by

4

another member. In July 2001 as the team coordinator, I asked a member who was leaving the office the status of her projects so the team can discuss it at the team meeting. She told me "The decision has already been made" Indeed, it was a unilateral decision with no team input and discussion.. This team member is in the privileged circle of favorites. I raised the concern to Rita.

10. In 1998 and 1999, I applied for travel to professional conference just like other employees in this division. On each of these occasions my name was removed from the division list by Norma Whetzel, a fellow employee. In 1998, all 4 members out of 5 team members were approved to go to WQ meeting in Philadelphia. My name was removed by my own team member. This has been a part of a consistently hostile work environment. I brought it to the attention of Rita Schoeny, and she ignored it.

11. I have been a repeated victim of vicious and unsubstantiated charges made against me by some of my colleagues directly to Rita Schoeny. These are the same employees who have the ears of management, gossip with management, get favorable treatment such as travel, promotions, awards and step increases. These are the same people who form "the team within a team" to make team decisions, that benefit them, who withhold important information sent to the team, and use them for their own career advantage and benefit over others. These are the same employees that Rita Schoeny mentors and because of her bias, Ms. Schoeny has taken these unsubstantiated charges as fact and acted upon them without offering me a chance to be informed and has not bothered to seek the truth by talking to me thus depriving me of due process. However, for 4 years now since my second week here in EPA, I have continuously taken my concerns to her about blatant discriminatory treatment against me. But Rita Schoeny has never taken any action against the offenders or sought to discourage it. In fact she has fostered it. For instance, on August 16, 2000 Jeanette Wiltse and Rita Schoeny called me in to Ms. Wiltse's office and ordered me to go to counseling based upon hearsay and false allegations by a team member. Rita Schoeny told me that I needed to go to counseling if I was to get a promotion in HECD. She told me that technical publications do not mean anything as the agency is not interested in scientific publications. I was never asked for my side of the false allegation or given any other sort of due process. Again, this is a matter of denial of due process as well and I feel, insensitivity to my cultural background. I complained to Jim Hanlon about this.

In another situation, a SEE employee treated me rudely, including slamming doors in my face. When I complained to her about the abusive behavior towards me, she said "if you do not like it go to the division director." While I never complained to the division director, I was soon called into the division director's office. She told me that she was going "to reel me in" and move me out of my office for this SEE employee who is a contractor and who has an advocate and connected with Jeanette Wiltse's science advisor. Jeanette Wiltse would not have threatened to move me out of a Union assigned space for A SEE who is a contractor if I was not a foreign born African American female who can be picked on and no questions asked.
After our August 2000 meeting with Mr. Hanlon, he promised that the supervisor would use due process in the future, however, this untenable situation continues unabated.

without team input (or what these important decisions were), nor did you identify the three members who discussed team issues allegedly affecting all five members (or what those issues were). In either event, such discussions would have affected other team members as well and seemed to have no individual impact limited to you.

*Please see the attachments (#7a,b,c,d,e,f,g,h,i,j,k,l,m,n,o,p) of all the MWAP meeting agendas from March to July, 2001. Every thing done during that short period is reflected. MWAP team was very dysfunctional when I arrived at HECD. Rita Schoeny was the immediate supervisor of MWAP but she was not committed or supportive of this team. She provided no guidance to the team. In my first 6 months in HECD she was always traveling to Europe, to India, Cincinnati, etc. She was never really available for the work or supervision. There was no management oversight. There was no desire to deal with the thorny issues which impacted the team especially the alliance between Lisa and Robin which became "the Team within the team."*

*Rita Schoeny talks about "duplication of roles." Before my term started in March, Lisa set up a meeting with me to go over what I will need to do as TC. I met with Lisa on 2/27/01 and we went over MWAP team work plans and tracking chart. She laid out for me what I am supposed to be doing and gave me the templates to use for our work plans, and work product tracking chart. These were the same templates used by Latisha. I also got similar templates for Joyce which were used by the TC. The same role played by the team coordinator before me, Latisha, was the same exact thing I did. This was also done in DWHAT team with Dianna Wong. Joyce was a PM for DWHAT and there were the same roles.*

*Rita Schoeny, did not even communicate with me for 3 months and then told me her computer was not working. For 3 months? (see attached).
However, Rita met with Latisha every Wednesday throughout her term. She touched bases and shared information which was taken back to the team. But when I became TC, all the rules changed. Rita did not respond to my request for meetings for 3 whole months from March to June 2001. (Please see attached emails of 5/31/01 and 6/4/01) I sent her a memo regarding her not meeting with me to even discuss her expectations. I went into her office and she asked me to schedule a meeting and I did. She still refused to accept any meeting invitation. I went back to talk to her and she was busy. She refused to meet with me until ,,, Rita never came to any of the team meetings from March to July except once and it was to talk about something that was not on team agenda.*

*Our Team meetings were NEVER vociferous about who was PM or who was TC. Our meetings were cut down to 1hr by a unanimous decision. The short meeting period was taken up with only the reading of my notes and sharing information from the team coordinator's meeting. In addition, our meetings were cancelled quite a few times. Sometimes, I did not have any agenda items and I would suggest that a team member tell us about their trip. (See attached). All I did was facilitate the meetings. In one of the meetings, however, Lisa announced to us that because she is now a PM, she was not supposed to handle any technical projects and therefore she had turned over Crptosporidium to Latisha. Steve and I were surprised that there was no prior discussion before she made that unilateral decision.*

# EXHIBIT
# 35

## Declaration of Dr. Edward Ohanian

I, Dr. Edward Ohanian, make the following statement, with knowledge that any material false representation on my part, would subject me to a charge of perjury.

1.      I presently serve as the Division Director of the Health and Ecology Criteria Division (HECD) in the Office of Science and Technology (OST). I have served in this position, with Geoffrey Grubbs, the OST Office Director, as my immediate supervisor, in an acting capacity from March - October 2002, and then in a permanent capacity from April 2003 to the present.

2.      At the time that I assumed the role of Division Director, Dr. Nwachuku was a GS-13 microbiologist in HECD and she has remained so to the present. I played no role whatsoever in the 2003 selection process that it is my understanding Dr. Nwachuku has challenged as discriminatory.

3.      I understand that Dr. Nwachuku has alleged that I and Elizabeth Doyle, her immediate supervisor as the Branch Chief of the Human Health Risk assessment, have created a hostile work environment for her and that one episode that reflects my animus toward her was my failure to timely advise her of a number of overdue unpaid invoices from contractors whose performance she was responsible for overseeing.

4.      With respect to the circumstance noted in paragraph 3., above, I was present with Dr. Doyle when Kathy Crawford informed both of us of the delinquencies for which Dr. Nwachuku was believed to be responsible. My sense was that Ms. Crawford was reluctant to advise Dr. Nwachuku, who has a reputation for reacting to unfavorable news in a hostile and intimidating fashion, and that Dr. Doyle sought to assuage Ms. Crawford's anxiety by assuring her that she would deliver the delinquency message. I never gave the matter of the notice to Dr. Nwachuku another moment's thought.

5.      Apparently, however, Dr. Doyle failed to inform Dr. Nwachuku, and our annual resolution meeting with Mr. Grubbs proceeded without the benefit of Dr. Nwachuku's explanation concerning the delinquencies. Ms. Crawford informed me later that, because the unpaid contractor had sent its invoices to an incorrect address, Dr. Nwachuku had never received those invoices on which payment was overdue.

6.      I will concede that it would have been preferable had HECD delivered such a message to Mr. Grubbs during the resolution meeting, but, in light of his reaction, it is clear to me that Dr. Nwachuku suffered no adverse consequences as a result of Dr. Doyle's error, which I have every confidence was completely innocent. And, I know for a certainty that Dr. Doyle's



-1-



failure to inform Dr. Nwachuku of the delinquencies was not part of any ~~grand~~ conspiracy with me to discredit Dr. Nwachuku in front of Mr. Grubbs. Such an allegation on Dr. Nwachuku's part is insulting and absurd.

7.     On a number of occasions during my tenure as the Division Director, Dr. Nwachuku forwarded to me e-mail traffic between herself and Dr. Doyle that the former felt reflected unfavorably on her supervisor and possibly suggested a discriminatory animus. In each instance, I reviewed the e-mail correspondence at issue (not in a single case did I identify anything inflammatory or untoward with Dr. Doyle's correspondence) and discussed promptly the matter with Dr. Doyle. I invariably was satisfied that Dr. Nwachuku's accusations against Dr. Doyle lacked any substance or merit. It was my observation that Dr. Doyle was attempting to fulfill her supervisory obligations in a reasonable manner and within her legitimate managerial prerogative and that Dr. Nwachuku resented and fought that.

8.     Dr. Nwachuku has a long history of antagonistic relations with colleagues within and outside OST (and the Office of Water) and with contractor personnel. I have personally been the recipient of a significant number of complaints about her aggression/intimidation, hostility, and uncooperativeness.

9.     To conclude, Dr. Nwachuku has not been subjected to a hostile work environment while serving as an immediate subordinate of Dr. Doyle. Neither Dr. Doyle nor I have conducted ourselves in an offensive or inappropriate manner, and Dr. Nwachuku's accusations to the contrary are utterly specious.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 28, 2005.

Dr. Edward Ohanian
Division Director
Health and Ecology Criteria Division
Office of Science and Technology
Office of Water

-2-

# EXHIBIT
# 36

Page 3

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

- - - - - - - - - - - - - - - - - x

NENA NWACHUKU,

      Appellant,  :

v.          :  Docket No.
         :  DC-0752-07-0259-I-1
ENVIRONMENTAL PROTECTION AGENCY,  :

      Agency.  :

- - - - - - - - - - - - - - - - - x

Merit Systems Protection Board
Washington, D.C.

Tuesday, March 20, 2007

THE HEARING in the above-entitled matter commenced at
9:13 a.m., pursuant to notice.

BEFORE:

RAPHAEL BEN-AMI, Administrative Law Judge

## CONTENTS

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Elizabeth Doyle | 6 | 38 | -- | -- |
| Sarah Williams | 111 | 122 | 132 | -- |
| Eric Burneson | 134 | 150 | -- | -- |
| Dana Thomas | 164 | 169 | -- | -- |
| Edward Ohanian | 174 | 196 | 228 | 228 |

| APPELLANT EXHIBITS: | | IDENTIFIED | RECEIVED |
|---|---|---|---|
| D | Undescribed documents | 5 | 5 |
| E | Undescribed documents | 5 | 5 |
| F | E-mail from S. Howard | 5 | 5 |
| G | E-mail from N. Nwachuku, dated 5/17 | 5 | 5 |
| H | Undescribed documents | 5 | 5 |
| I | Undescribed documents | 5 | 5 |
| J | E-mail from T. Carpenter, dated 5/11 | 5 | 5 |
| K | Undescribed documents | 5 | 5 |
| L | Undescribed documents | 5 | 5 |
| M | Undescribed documents | 5 | 5 |
| N | Undescribed documents | 5 | 5 |
| O | Undescribed documents | 5 | 5 |
| P | Undescribed documents | 5 | 5 |

Page 2

## APPEARANCES:

On Behalf of the Appellant:

JAMES E. SIMPSON, ESQ.
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

On Behalf of the Agency:

PAUL WINICK, ESQ.
Environmental Protection Agency
Office of General Counsel
Employment Law Practice Group
Mail Code 2377A
Ariel Rios North
Room 7454D
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Page 4

## CONTENTS

| APPELLANT EXHIBITS: | | IDENTIFIED | RECEIVED |
|---|---|---|---|
| Q | Undescribed documents | 5 | 5 |
| R | Written responses by Appellant | 5 | 5 |
| S | E-mail from J. Sinclair | 5 | 5 |
| T | Undescribed documents | 5 | 5 |
| U | Undescribed documents | 5 | 5 |
| V | Undescribed documents | 5 | 5 |
| W | Undescribed documents | 5 | 5 |
| X | Undescribed documents | 5 | 5 |
| Y | Undescribed documents | 5 | 5 |
| Z | Undescribed documents | 5 | 5 |

Page 5

1          PROCEEDINGS
2          JUDGE BEN-AMI: Okay. We are on the record
3    March 20, 2007, for the requested hearing in connection with
4    the appeal of Nena Nwachuku vs. the Environmental Protection
5    Agency. My name is Raphael Ben-Ami. I am the administrative
6    judge designated by the Board to adjudicate this case. The
7    Agency is represented by Paul Winnick and the Appellant is
8    represented by James Simpson.
9          I believe there is one preliminary matter we need
10   to address before we get the first witness and that is the
11   Appellant has provided several additional exhibits for
12   inclusion into the record. It is Exhibits D through Z. The
13   Agency offers no objection to the introduction of these
14   exhibits and I will accept these exhibits into the record.
15          (Appellant Exhibits D through Z were marked
16          for identification and received in evidence.)
17          JUDGE BEN-AMI: And with that said, are there any
18   other preliminary matters to discuss and we can call the
19   first witness.
20          MR. WINICK: Did you include the other two that you
21   showed me?
22          MR. SIMPSON: Yes, they are in there.
23          MR. WINICK: Oh, they are in here? X and Y?
24          MR. SIMPSON: X and Y, right.
25          MR. WINICK: Okay.

Page 6

1          MR. SIMPSON: That was added today.
2          MR. WINICK: Okay.
3          MR. SIMPSON: Thank you, Judge.
4          JUDGE BEN-AMI: Okay.
5          MR. SIMPSON: Nothing further.
6          JUDGE BEN-AMI: Okay. So we can then call the
7    first witness.
8          If you would remain standing for a minute and raise
9    your right hand.
10         Whereupon,
11              ELIZABETH DOYLE
12         was called as a witness herein and, having been
13   first duly sworn, was examined and testified as follows:
14         JUDGE BEN-AMI: Please take a seat and state your
15   name and your position title for the record.
16         THE WITNESS: Elizabeth Doyle, branch chief, Office
17   of Water, EPA.
18         JUDGE BEN-AMI: Thank you.
19         Go ahead.
20              DIRECT EXAMINATION
21   BY MR. WINICK:
22   Q    Dr. Doyle, could you just briefly give us a rundown
23   of your EPA work history, please.
24   A    I have been with EPA since 1989. During that time,
25   I have been a branch chief since 1996. I worked for the

Page 7

1    Office Pesticide Programs doing pesticide registration work
2    primarily in the area of toxicology. I had 17 employees
3    there. I came to the Office of Water in June of 2003 on a
4    detail as a branch chief, acting. Spent six months in that
5    detail roughly. In January of 2004, I got the permanent job.
6    I have been there since.
7    Q    What is your educational history?
8    A    I have a Ph.D. in toxicology. I have a master's
9    degree in soil microbiology and a bachelor's degree in
10   agronomy.
11   Q    And what institutions were these?
12   A    The Ph.D. was in American University; the master's
13   and the bachelor's were from University of Maryland.
14   Q    During the course of your EPA career, have you had
15   diversity training?
16   A    Yes. Diversity training has been a requirement for
17   the entire period of time I have been there. It is offered
18   periodically. It is mandatory for all supervisors. It
19   covers the range of areas from disabilities, racial, gender
20   bias. The whole gamut.
21   Q    Could you just briefly describe how you became
22   familiar with Dr. Nwachuku.
23   A    When I came to the Office of Water for my detail,
24   she was a member of the branch for which I assumed
25   responsibility. So she was a direct report to me at that

Page 8

1    time. That is how I was introduced to her.
2    Q    Okay. And you have known her since that time.
3    A    Yes, I have.
4    Q    And you supervised her throughout your tenure as a
5    branch chief.
6    A    That is correct.
7    Q    All right. Could you briefly discuss the nature of
8    the work that Dr. Nwachuku was involved in the CCL matter
9    back in the spring of 2006.
10   A    She represented OST, the Office of Science and
11   Technology, as a participant in a workgroup to develop a new
12   contaminate list or a process for developing it. She had
13   requested the opportunity to develop a workgroup. It was a
14   good idea. The idea was to have a peer review, the process,
15   look at the data. She was to organize the — she was the
16   organizer for the workgroup. And our office was paying for
17   the conduct of the workgroup and participating selection of
18   the experts and also in developing the charge, the questions
19   provided to us.
20   Q    And the charge. Let's talk about that for a
21   minute. Was there some sort of time frame when the charge
22   needed to be developed?
23   A    Well, the purpose of the charge is to instruct the
24   panel with regard to what questions are you trying to ask.
25   What you would like them to comment on and what you hope to

## Page 9

1  achieve. It was to be sent to the experts within -- in
2  advance of the workgroup meeting in order to allow them to
3  think about the questions before they came to the workgroup.
4  The workgroup was set to be held on June 6th.
5      So we had hoped that it would go out to them a
6  couple of weeks in advance. The real time urgency in this
7  particular case was that Nena was to go to -- Dr. Nwachuku
8  was to go to ASM the week of the 22nd. And so we felt it
9  important that if she be gone that entire week, that the
10  charge be done in advance of that. Otherwise, it was too
11  late to allow the participants time to think it over. Mull
12  it.
13      Q  So would that have been the 19th, May 19th was the
14  target date?
15      A  Yes.
16      Q  Okay. How would you describe Dr. Nwachuku's
17  responsibility in terms of importance for the development of
18  that charge in the time frame, that mid May time frame?
19      A  I would say it was critical. She was the drafter
20  and then she was to get consensus among the workgroup and
21  consent from management.
22      Q  Okay. And with respect to consent from management
23  who would that have been specifically?
24      A  Myself, Eric Burneson, who is the branch chief in
25  the Office of Groundwater and Drinking Water, Edward Ohanian

## Page 10

1  who is our division director, and Pamela Barr, who is
2  division director in the Office of Groundwater and Drinking
3  Water.
4      Q  Okay. Maybe you can talk a little bit about the
5  status of that charge development process in about the
6  May 15th time frame.
7      A  Right. The charge had been developed and Nena had
8  sent it out, Dr. Nwachuku had sent it out to the workgroup
9  for comment. She had received comments back and including
10  from the Office of Groundwater and Drinking Water
11  representatives. I received a call, and I can't remember the
12  exact date, but in advance of that week of the 15th, that the
13  folks in groundwater and drinking water were concerned. They
14  didn't feel that their comments had been taken, they felt as
15  drafted would not get them the kind of results that they were
16  interested in having.
17      In fact, it would -- it might give them something
18  they couldn't work with because it opened it up too broadly
19  and there were limitations on what they wanted to consider.
20  So we had asked that that charge be revised to -- in
21  conjunction with OTW, the Office of Groundwater and Drinking
22  Water, to make it more pointed, to make it more focused and
23  to address their concerns. And as we went into the week of
24  May 15th, that had not happened.
25      Q  And was that an instruction that you gave to

## Page 11

1  Dr. Nwachuku?
2      A  Yes, it was.
3      Q  Okay. With respect to Mr. Ohanian and Pam Barr's
4  participation in this process, where was the contemplation
5  that that would take place?
6      A  We had the instruction from Edward Ohanian
7  that -- or my instruction came from Edward Ohanian that
8  before it was sent to the workgroup, the charge would be
9  approved at the division director level, which is one level
10  above me.
11      Q  And when you say the workgroup, are you referring
12  to the expert panelists?
13      A  No. The workgroup consisted of other staff members
14  across EPA, microbiologists that worked mainly in the Office
15  of Research and Development and other offices as well. And
16  they were people that developed the criteria, worked to
17  develop the criteria for selecting microbes to go on the new
18  CCL.
19      Q  The last step in the process of developing this
20  charge would have been what now? I just want to be clear.
21      A  The last step would have been division director
22  approval.
23      Q  Okay.
24      A  To the extent that it was ready to go forward.
25      Q  Okay. And after that, what would have happened to

## Page 12

1  the charge in terms of its distribution?
2      A  It should have gone then forward to the panelists,
3  probably courtesy copied to those who developed it as well.
4  The distribution would have been -- would hopefully be made
5  timely so that the participants in the workshop could begin
6  to think -- because of the shortness of the time, you want
7  people to think ahead of time to start to develop ideas and
8  to focus their thinking and so that they are ready to
9  participate fully.
10      Q  Okay. Was there a meeting scheduled with Pam Barr
11  and Ed Ohanian to complete this process?
12      A  Yes. It was scheduled for the afternoon. I think
13  it was the 18th of May. And it was right at the end of the
14  day and that was when it was supposedly we were going to
15  review that charge with both Edward Ohanian and Pam Barr.
16      Q  Okay. Prior to getting to that stage, were there
17  problems?
18      A  Well, we seemed to be having a hard -- nothing
19  seemed to be -- Dr. Nwachuku, we were trying -- prompting her
20  periodically that we needed to have the charge completed
21  because it was important time wise. We needed to have it
22  completed by the 19th because her travel was scheduled -- she
23  was scheduled to be on travel the whole following week and we
24  were concerned that if she was not able to complete the
25  charge timely, she would not be able to attend her meeting.

Page 21

1  before that letter went out?

2    A  During that period of time -- I think it might be

3  that week -- you sent me a notice that an appeal had been

4  filed at a previous EEO hearing and I called you up to let

5  you know that, you know, I didn't know if one thing would

6  impact the other or not, but I thought you should be aware

7  that we had this other activity going on. And so I called

8  you to let you know and you told me that given the nature of

9  the issues that we were dealing with, we should refer it

10  forward to the inspector general first.

11      You advised me they would likely not do anything,

12  but that we needed to allow them the opportunity to decide

13  whether they wished to pursue it or not. So we waited -- and

14  that we should defer any other activities. We shouldn't take

15  any disciplinary actions while we were waiting for them to

16  make the decision.

17    Q  And did you have a discussion with Sarah Williams

18  subsequent to my discussion with you about this matter?

19    A  Well, I had asked Sarah to check on what had

20  happened. She recounted to me that Dr. Nwachuku had

21  called -- you know, the business about calling the travel

22  agent and then the activities that were taken, had gone

23  forward, and she told me the date upon which Dr. Nwachuku did

24  use the return ticket. She recommended that I keep a copy of

25  all of the receipts for the travel.

Page 22

1    Q  Did you advise her of your conversation concerning

2  the deferral and the recovery process?

3    A  Yes, I did. I told her that you had requested that

4  we wait and so she did.

5    Q  Okay. So I take it now we are about the middle of

6  the week.

7    A  Wednesday'ish, yes.

8    Q  Okay.

9    A  Well, Wednesday is when I spoke with you. That is

10  right.

11    Q  And you have been unable -- you haven't heard

12  anything from Dr. Nwachuku I take it.

13    A  No, I got no responses. The ASM people weren't

14  able to locate her.

15    Q  Did you make another attempt to contact her on the

16  23rd?

17    A  Well, we were in the process of preparing for

18  moving our office and one of the key steps in that location,

19  people selecting location for their new seating. We had a

20  process arranged by which, based on seniority, you could

21  select what remaining space there was. And we made

22  arrangements with anyone who was out of the office to call at

23  a particular time.

24      Before she left, Dr. Nwachuku had asked Alice Moss,

25  who is our administrative, one of our administrative staff,

Page 23

1  to act as her proxy and she had left a cell phone number for

2  Alice to call her during her period of time for which

3  selection was available.

4      I asked Alice Moss to call her and let her know

5  that she -- well, first of all, would she give me her cell

6  phone number and Alice declined. She was concerned because

7  it was a private number and she was not authorized to pass it

8  forward. So she said she would call. And I asked her if she

9  would let Dr. Nwachuku know to come back. And she said no,

10  she was not comfortable doing that either. That was my role

11  as her supervisor, but she would let her know that she needed

12  to call me immediately. So my understanding is that she

13  called Dr. Nwachuku and Dr. Nwachuku declined to call me

14  back.

15    Q  Did you ask Alice Moss to memorialize her

16  discussion?

17    A  Yes, I did.

18    Q  And what did she do with regard to that request?

19    A  She sent me an e-mail basically saying that she had

20  contacted Dr. Nwachuku and told her that she wished to -- I

21  wished to have her call and that the response that she

22  received was that she would only call for the purposes of

23  seat selection and no other conversation.

24    Q  Okay. When you came in that Monday and you

25  discovered the e-mail from 10:00 on Saturday that Nena,

Page 24

1  Dr. Nwachuku, had sent noting that she would be absent, did

2  it have anything else? Were there any attachments to that

3  e-mail? What else was conveyed in it?

4    A  Well, she had sent the charge forward, her draft of

5  the charge, to the workgroup. The e-mail was not to

6  specifically to Dr. Ohanian and I. It was to the workgroup.

7  And it was saying the charge is done and sending it out to

8  the workshop participants, as well as the workgroup members,

9  saying here it is, a long way to charge. Lots of hard work.

10  I will see you in Orlando.

11    Q  Okay. When you read that, what was your reaction

12  to the charge having been finalized that way?

13    A  Well, I sent a response, a reply notice, to people

14  included on the e-mail telling them that the charge was not

15  final and if they had further comments, we would still accept

16  them. And the charge should be treated -- the charge is

17  attached to be treated as draft.

18    Q  Okay. Was that e-mail sent to Dr. Nwachuku as

19  well?

20    A  Yes.

21    Q  Okay. All right. Did there come a time when you

22  and Mr. Burneson started to work on the charge in

23  Dr. Nwachuku's absence during that week of the 22nd?

24    A  Yes. We went ahead and redrafted it. I don't

25  remember when we began, but we knew that we needed to do that

Page 25

1 and have it ready. So he and I sat down and redrafted it.
2 We had help from two other staffers in OGWDW and we had it
3 finished by the end of the week.
4    Q   Okay. So that weekend was on the 26th; is that
5 correct?
6    A   Mm-hmm.
7    Q   And the Monday is Memorial Day?
8    A   Yes.
9    Q   So the next time you are in work is that Tuesday.
10    A   That is correct.
11    Q   Okay. Could you tell us what happened that Tuesday
12 when you came into work?
13    A   We told her that she needed -- or Dr. Nwachuku that
14 she needed to send forward the new charge and she would not
15 discuss that. She declined. And I sent her an e-mail to
16 that effect. I asked her to send it forward and I copied
17 Eric Burneson, Ed Ohanian and Pam Barr on this e-mail.
18        I was out of the office part of the week because of
19 an illness in my family. I had been scheduled to go to a
20 workshop. And instead of the workshop, I ended up staying in
21 town because of an illness. On my compressed day, which is
22 my day off out of the 10-day cycle, I was at home checking my
23 e-mails and I still not seen any notice that the revised
24 charge had been sent forward.
25        So I wrote an e-mail to my coworkers and asked them

Page 26

1 had they seen anything that indicated the charge had gone
2 forward and they replied no, they had not. So as of the end
3 of that day on Friday, no revision had been sent forward to
4 the workgroup.
5    Q   Okay. With respect to the meeting you had with
6 Dr. Nwachuku on the 30th and the subsequent e-mail, did you
7 identify a time frame when you wanted her to distribute the
8 new charge?
9    A   I do, but I don't recall what it was.
10    Q   Okay. All right. So let's go to the week of
11 Monday, June 5th, which is the day before the CCL workshop.
12    A   Okay.
13    Q   And what happened that Monday?
14    A   I, again, expected Dr. Nwachuku that she should
15 have sent it out. I also realized that she wasn't going to
16 respond to me. So I went to -- I sent an e-mail to Ed and
17 also talked to him direct -- Ed Ohanian -- and asked him to
18 contact her and order her to send forward the revised charge.
19 He sent her e-mails. He also placed a handwritten note on
20 her keyboard at her cube telling her that she needed to
21 immediately send forward the revised charge. And my
22 understanding from him is that she did not respond to any of
23 those.
24    Q   Okay. So the --
25    A   And he subsequently told me to make copies of this

Page 27

1 revised charge, about 25, to take with me the next day to the
2 workgroup meeting to be handed out there.
3    Q   Now that revised charge is the one that you and
4 Eric Burneson prepared that subsequently got division
5 director concurrence; is that correct?
6    A   That is correct. Yes.
7    Q   All right. So let's go to the morning of Tuesday,
8 June 6th, which is the workshop's commencement. And maybe
9 you can describe for us the events of that morning.
10    A   Yes. I came into the meeting with my 25 copies
11 before the meeting started and I approached the contractor
12 who was going to run the meeting and let her know that we
13 were going to want to swap out the charge. We gave her the
14 copies. She asked me to talk -- she asked to talk with Ed,
15 Edward Ohanian -- Dr. Nwachuku when she would arrive.
16 Nena arrived -- Dr. Nwachuku when she would arrive.
17        When she did arrive, she walked past and talked to
18 Jan Connery, who was the contractor, and came back and Eric
19 and I and Edward Ohanian had stepped out into the hallway to
20 talk about how we were going to handle this idea of changing
21 the charge at the beginning of the conference.
22        Dr. Nwachuku came out into the hallway and became
23 fairly -- she was fairly irate that we had taken this step of
24 changing it and became very angry about the charge that had
25 been approved by the workgroup. There was nothing wrong with

Page 28

1 the charge. It was the right charge as it stood, speaking
2 about the draft one, and that the final we had was not
3 necessary and that I had precipitated developing the revised
4 charge simply as an attack on her.
5        I told her and Eric Burneson, who was the
6 president, agreed that -- or actually Eric told her that he
7 was the person that had initiated the revision to the charge.
8 And that was true. He had contacted me initially about his
9 discomfort about Office of Groundwater and Drinking Water
10 with the original charge and Nena refused to accept that.
11        She said that none of this would have happened if I
12 had not precipitated it, that I had always worked to
13 undermine her, that I had been against her since I came into
14 the division and in the process, she would jab her finger in
15 my face and not allow me to say anything. And I, you know,
16 I -- oh. The tack I took was not to look at her, but rather
17 to look at Dr. Ohanian and I spoke to -- any comments I had I
18 specifically addressed to him and sent them to her. Mainly
19 mine were what do we do.
20        During this period, Pam Barr came up and her
21 suggestion was that if we would not change the charge, she
22 would recommend canceling the meeting right there because she
23 was not comfortable with it going forward as it stood. And
24 again, it just continued to be an angry exchange there in the
25 back of -- in the hallway behind the room.

## Page 29

1    Ultimately, we agreed that Ed made the decision
2  that we should go ahead with the revised charge and that he
3  would handle how it should go forward. And we all turned to
4  go into the meeting room and as we went through, Dr. Nwachuku
5  told me to brace myself. Something to the effect, "Brace
6  yourself. This isn't over." And I sat down there and made
7  notes because I thought again, I would need documentation of
8  what had happened there. And I did.
9      **Q    So you made contemporaneous notes of the incident.**
10     A   I did.
11     **Q    Okay. Just to clarify one thing. I am trying to**
12  **get an understanding of the different roles that the Office**
13  **of Groundwater and Drinking Water and OST played vis-a-vis**
14  **this charge development process. And how would you**
15  **characterize OST's posture in this vis-a-vis the Office of**
16  **Groundwater and Drinking Water?**
17     A   OST is a support -- we are a science support. The
18  Office of Groundwater and Drinking Water has the
19  responsibility for regulating national water -- drinking
20  water quality. They are actually the regulators. They are
21  the decision-makers. They are responsible for implementing
22  and enforcing the Safe Drinking Water Act and all of its
23  various components.
24     We provide input to them. We serve on their
25  workgroups. We work with them very closely most of the time

## Page 30

1  and provide science underpinnings to help them one, make
2  decisions and then two, justify them and support them in the
3  public eye. We also provide recommendations to them
4  on -- often -- like, for instance, with the CCL, how to
5  proceed, how to develop process, how to identify people to
6  work with on the outside.
7      **Q    So would it be fair to say that OGW, Office of**
8  **Groundwater and Drinking Water, is a client?**
9      A   Effectively, yes. We work -- we don't, in our
10  particular division, have any particular regulatory authority
11  at all. So we work to support for a variety of clients.
12  That is, for our branch, our primary client for the
13  groundwater program there.
14     **Q    And who chaired that CCL workgroup?**
15     A   Tom Carpenter, who works for Eric Burneson. He was
16  the chair for the workgroup and he is the staffer in Office
17  of Groundwater and Drinking Water.
18     **Q    Okay. All right. Let's go to the following week,**
19  **the week of June 12th. Did you have an interview with Maria**
20  **Gomez-Taylor during that week? Do you recall?**
21     A   I did. I don't remember which day, but she came to
22  me and told me that a complaint had been filed and
23  that -- Edward Ohanian was out of the office and I think
24  normally he would have been the person assigned, but he was
25  out of the office. So Ephraim King, who was our office

## Page 31

1  director, asked Maria, in the interest of timeliness, to
2  interview myself, Dr. Nwachuku and anyone else who was
3  relevant about an accusation that I had been physically
4  violent to her and had treated her aggressively.
5      **Q    Do you remember the date that she alleged this took**
6  **place?**
7      A   Maria told me that it was on the 19th of May.
8      **Q    Mm-hmm.**
9      A   The date that I was out of the office.
10     **Q    Okay. Did she subsequently -- did Maria**
11  **subsequently correct the date?**
12     A   Yes. She told me that when she checked with
13  Dr. Nwachuku, the date was corrected to the 18th in the
14  afternoon.
15     **Q    Okay. And is the incident that you earlier related**
16  **about your advising her that she couldn't travel the same**
17  **incident about which the accusation or the assault was made**
18     A   I believe it must be because it is the only
19  interaction that I had with her on that date and when I tried
20  to speak with her about travel, she talked to me about sick
21  leave in a very animated fashion.
22     **Q    And was the sick leave she discussed sick leave for**
23  **that day or sick leave for an earlier period or --**
24     A   I am assuming -- and again, it is an assumption on
25  my part. The previous week, we had had an issue where I had

## Page 32

1  denied her request for sick leave and I was assuming that it
2  was referring back to that denial because that was the only
3  interaction we had had where I had denied her sick leave.
4      **Q    Okay.**
5      A   So I assumed it was the previous week.
6      **Q    Okay. Earlier you had discussed a conversation**
7  **concerning the referral to the IG of the travel issue. Was**
8  **that accomplished?**
9      A   It was. It took a fair amount of time and I don't
10  remember the date that we probably -- the response came back
11  to my supervisor, Ed Ohanian, and they declined to pursue it.
12     **Q    And did it come back to Dr. Ohanian because he was**
13  **the signatory on the referral?**
14     A   That is my assumption, yes.
15     **Q    Okay. All right. Okay. So at the time that the**
16  **IG declines this, what then do you do?**
17     A   I began working on a disciplinary action working in
18  conjunction with Diane Wright in Las Vegas on labor
19  relations, labor and employee relations, and with you talking
20  about what the path for it would be and how to compose it,
21  develop it, what my options were.
22     **Q    Okay. And at the time that you were doing this, it**
23  **was post that June 6th incident, correct?**
24     A   That is correct.
25     **Q    So do you recall what the charges you raised in**

# EXHIBIT 37



**Edward
Ohanian/DC/USEPA/US**
05/14/2006 06:35 PM

To   Nena Nwachuku/DC/USEPA/US@EPA

cc

bcc

Subject   Re: CCL Expert workshop agenda and charge:Thanks for the
comments

Nena,
When this is getting near to completion, let's have a face to face meeting with the major players and me to
finalize it. Thx
--------------------------
Sent from my BlackBerry Wireless Handheld
    Nena Nwachuku

        **From:** Nena Nwachuku
        **Sent:** 05/12/2006 08:07 PM
        **To:** Nena Nwachuku
        **Cc:** Alfred Dufour; AngelaD Page; Barb Walton; Brendlyn Faison; Bruce
        Mintz; Carrie Moulton; Crystal Rodgers; Cynthia Nolt-Helms; E Hilborn; Edward
        Ohanian; Elizabeth Doyle; Eric Burneson; Gerard Stelma; George Hallberg
        <GHallberg@cadmusgroup.com>; Gregory Carroll; Hiba Shukairy; Jafrul Hasan;
        James Sinclair; Jennifer Best; Jennifer Mclain; Jitendra Saxena; John
        Ravenscroft; Jorge Santodomingo; Jo Anne Shatkin <JShatkin@cadmusgroup.com>;
        Kenneth Rotert; Keya Sen; KSullivan@icfconsulting.com; Maggie Javdan; Mary
        Rothermich; Michael Messner; Nelson Moyer <nmoyer@cadmusgroup.com>; Pauline
        Mendola; PFlight@icfconsulting.com; Robert Luebke; Stephen Vesper; Stig Regli;
        Thomas Carpenter; Tracy Bone; Wynne Miller; Yvette Selby-Mohamadu
            **Subject:** Re: CCL Expert workshop agenda and charge:Thanks for the comments


Hi all,
I thank all the members who gave me comments at our meeting last wednesday and the 3 members who
sent me additional comments, Bob, Jit and Tom. For the additionals,
1. Bob your comments are very relevant and I have grouped the questions in my revisions.
2. Jit your comments are good and the questions will be grouped under specific questions section, not
under the main items where the expert focus is required. The minireport section you sent is too
overwhelming. The issue of data availability has already been incorporated and another section with
several questions takes away from the key focus.
3.Tom, a lot of your recommended changes are not understandable as written. A charge should be very
clear and succint as to what it is we want from the experts. We need them to focus. Some of the changes
were already discussed by me at our last meeting such as removing the NRC report and what I shared
with the group about my discusions with Joyce Donohue my counterpart who heads the chemical CCL in
HECD.
4. But the relevant comments are the names we give the attribute tables. The names I will list for the
experts package will be the same name listed on the cadmus tables and the same names will be what I
will use in the charge.
5. By the way the spelling of judgement is correct. It is spelt either way Judgement or judgment.

I know I still have one more revision after managers (OST/OGWDW) briefing this coming week.  Ed
Ohanian who will open the workshop for us will definitely give us his suggesstions for refining the charge.
The final will be in the expert package to be mailed out on (5/19/06) and  emailed to the W/G. Thanks.
---Nena.
Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency.
Office of Water, Mail Code 4304T
Office of Science and Technology



1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov
Nena Nwachuku/DC/USEPA/US



Nena
Nwachuku/DC/USEPA/US

05/05/2006 08:18 PM

To  Alfred Dufour/CI/USEPA/US@EPA, AngelaD Page/DC/USEPA/US@EPA, Brendlyn Faison/DC/USEPA/US@EPA, Carrie Moulton/CI/USEPA/US@EPA, Crystal Rodgers/DC/USEPA/US@EPA, E Hilborn/RTP/USEPA/US, Gerard Stelma/CI/USEPA/US@EPA, George Hallberg <GHallberg@cadmusgroup.com>, Jafrul Hasan/DC/USEPA/US@EPA, James Sinclair/CI/USEPA/US@EPA, Jennifer Best/CI/USEPA/US@EPA, John Ravenscroft/DC/USEPA/US@EPA, Jorge Santodomingo/CI/USEPA/US@EPA, Jo Anne Shatkin <JShatkin@cadmusgroup.com>, Kenneth Rotert/DC/USEPA/US@EPA, Keya Sen/CI/USEPA/US@EPA, Mary Rothermich/CI/USEPA/US@EPA, Michael Messner/DC/USEPA/US@EPA, Nelson Moyer <nmoyer@cadmusgroup.com>, Robert Luebke/RTP/USEPA/US@EPA, Sandhya Parshionikar/CI/USEPA/US@EPA, Thomas Carpenter/DC/USEPA/US@EPA, Nena Nwachuku/DC/USEPA/US@EPA, Stephen Schub/DC/USEPA/US@EPA, Stig Regli/DC/USEPA/US@EPA, Stephen Vesper/CI/USEPA/US@EPA, KSullivan@icfconsulting.com, PFlight@icfconsulting.com, Maggie Javdan/DC/USEPA/US@EPA, Tracy Bone/DC/USEPA/US@EPA, Hiba Shukairy/CI/USEPA/US@EPA, Cynthia Nolt-Helms/DC/USEPA/US@EPA, Jitendra Saxena/DC/USEPA/US

cc  Eric Burneson/DC/USEPA/US@EPA, Elizabeth Doyle/DC/USEPA/US@EPA, Gregory Carroll/CI/USEPA/US@EPA, Wynne Miller/DC/USEPA/US@EPA, Barb Walton/RTP/USEPA/US, Pauline Mendola/RTP/USEPA/US@EPA, Yvette Selby-Mohamadu/DC/USEPA/US@EPA, Bruce Mintz/RTP/USEPA/US@EPA, Jennifer Mclain/DC/USEPA/US@EPA, Edward Ohanian/DC/USEPA/US@EPA

Subject  CCL Expert workshop agenda and charge:please review

Hi all,
Please see attached, the CCL June 6 to 8 workshop agenda and charge for the experts. Please review and send me your comments after Tuesday, after you work on your crucial final scoring-due COB monday. We need to complete the very important compilation work for final CCL selection. All expert package will go out by May 18, 2006. ASM annual conference begins on May 20, 2006. We need the experts to hit the ground running when they come to the meeting in June. Thanks.
---Nena.

4

Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency
Office of Water, Mail Code 4304T
Office of Science and Technology
1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov

5

# EXHIBIT 38

About ASM



Home |eStore | Topic Map | Site Map | Log In

**Membership »  |  Publications »  |  Meetings »  |  Education »  |  Awards & Grants »  |  Policy »  |  International »  |  Ac**

Return to Home : Contact ASM

## About ASM

The American Society for Microbiology is the oldest and largest single life science membership organization in the world. Membership has grown from 59 scientists in 1899 to more than 43,000 members today, with more than one third located outside the United States. The members represent 26 disciplines of microbiological specialization plus a division for microbiology educators.

Eligibility for Full Membership is open to any person who is interested in microbiology and holds at least a bachelor's degree or equivalent experience in microbiology or related field. Many members hold advanced degrees, including a large number at the master's, PhD, ScD, DrPH and MD level. A regularly matriculated student of microbiology or a related field is eligible to become a student member. There are also separate membership categories for postdoctoral fellows and for transitional scientists in the early years of a career

Microbiologists study microbes--bacteria, viruses, rickettsiae, mycoplasma, fungi, algae and protozoa--some of which cause diseases, but many of which contribute to the balance of nature or are otherwise beneficial.

Microbiological research includes infectious diseases, recombinant DNA technology, alternative methods of energy production and waste recycling, new sources of food, new drug development, and the etiology of sexually transmitted diseases, among other areas. Microbiology is also concerned with environmental problems and industrial processes.

Microbiology boasts some of the most illustrious names in the annals of science--Pasteur, Koch, Fleming, Leeuwenhoek, Lister, Jenner and Salk--and some of the greatest achievements for mankind. Within the 20th century, a third of all Nobel Prizes in Physiology or Medicine have been bestowed upon microbiologists.

### Mission

The ASM is the world's largest scientific society of individuals interested in the microbiological sciences. The Society's mission is to advance microbiological sciences through the pursuit of scientific knowledge and dissemination of the results of fundamental and applied research.  ASM will:

- Support programs of education, training and public information;
- Publish journals and books; convene meetings, workshops and colloquia;
- Promote the contributions and promise of the microbiological sciences;
- Recognize achievement and distinction among its practitioners;
- Set standards of ethical and professional behavior.



### Code of Ethics
(The Code of Ethics has been revised and approved by Council 2005)

The American Society for Microbiology is dedicated to the utilization of microbiological sciences for the promotion of human welfare and for the accumulation of knowledge. These goals demand honesty and truthfulness in all activities sponsored or supported by the Society.

**Organization**

The Society is governed by a Council compromising elected officers, chairmen of its permanent boards and representatives from 27 scientific divisions and 35 local branches. A Council Policy Committee serves as Executive Committee for the Society.

ASM is comprised of five boards - Education, Meetings, Membership, Public and Scientific Affairs, and Publications, plus the American Academy of Microbiology. Boards guide the major ASM programs. Each board has committees with specific assignments within the board's area of responsibility. In addition there are two standing committees: International and Communications.

Membership
Link here for information about how to join ASM and for general information about Student, Transitional, Postdoctoral, and Full membership; ASM Branches; the ASM Branch Lectureships Program; ASM Archives; Underrepresented Members; the ASM Career Portal and Career Development and Job Placement Services.

Journals
Link here for the instructions to authors, tables of contents and abstracts of all ASM journals. The ASM publishes 11 professional journals: *Eukaryotic Cell; Clinical Microbiology Reviews; Journal of Virology; Journal of Bacteriology; Molecular and Cellular Biology; Antimicrobial Agents and Chemotherapy; Applied and Environmental Microbiology; Clinical and Vaccine Immunology; Journal of Clinical Microbiology; Microbiology and Molecular Biology Reviews; and Infection and Immunity.*

Microbe
Microbe is the news magazine of the American Society for Microbiology, and is published monthly in print and online. It keeps members and other interested individuals informed of Society activities, meetings, educational and employment opportunities, new publications and national political developments of interest to the microbiological community. The current topics and features sections provide information about current scientiifc developments

ASM Press
Updated information about new manuals, monographs, textbooks, and Cumitechs

Meetings
The Society hosts three annual meetings. At the General Meeting, held each May, microbiologists exchange information and gain insight across a variety of scientific disciplines and also conduct the business of the Society. Additionally, the Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), the premier meeting on infectious diseases, and the Biodefense Research Conference are held each year. Other scientific opportunities include topical Conferences held globally, live teleconferences, and webinars. CME accreditation and other types of accreditation for multiple disciplines are provided by ASM.

Education
The Education Board offers programs and resources for students and faculty from the middle school to higher education levels. These include career information, fellowship opportunities, summer institutes for graduate students and teachers, conferences for undergraduate faculty, and a online collection of digital resources for teaching microbiology.

Public Affairs
The Public and Scientific Affairs Board for the Public Affairs Office monitors and responds

to public policy issues related to research, public health, clinical, environmental and other issues involving microbiology. The Public Policy page has links to policy statements, reports, policy alerts that request action by members, information about Congress and issue specific pages on biodefense and clinical microbiology.

American Academy of Microbiology
Link here for information about membership in the Academy, awards, colloquia, professional certification, and the American College of Microbiology

Media Information/Public Communications
Press releases, press activities at ASM meetings, and MicrobeWorld website with access to daily podcasts and other resources

International Affairs
Link here to find information on ASM's international programs, international committees, and other useful information for our international members.

# EXHIBIT 39

| Eric Burneson/DC/USEPA/US | To | Elizabeth Doyle/DC/USEPA/US@EPA |
|---|---|---|
| 05/16/2006 11:42 AM | cc | Nena Nwachuku/DC/USEPA/US@EPA, Edward Ohanian/DC/USEPA/US@EPA, Thomas Carpenter/DC/USEPA/US@EPA |
| | bcc | |
| | Subject | Fw: CCL Expert workshop agenda and charge:please review |

Beth:

I have spoken to Tom regarding your request to provide feedback on the response Nena provided to Tom's compilation of the work group's comments on the charge to the experts. The following are my thoughts.

1. I can best judge whether comments have been addressed when we have had an opportunity to review the revised charge. I anxiously await the distribution of the revised charge to the microbial work group, preferably in advance of this weeks conference call

2. While I agree that a charge "should be very clear and succinct" I am puzzled as to why the changes Tom compiled are "not understandable as written." I reviewed the comments on the attached document, and I believe that the edits improve the clarity of the charge.

3. Regarding the statement that "Some of the changes were already discussed by me at our last meeting," I think Tom was clear in his cover memo that " The majority of my comments are in the materials section we went through and I promised to capture the groups conversation from Wednesday"

Thanks for requesting our input on this subject. We look forward to working with you to assure we have a clear and focused charge for the upcoming expert meeting.

Eric Burneson

—— Forwarded by Eric Burneson/DC/USEPA/US on 05/16/2006 10:57 AM ——

| Thomas Carpenter/DC/USEPA/US | To | Nena Nwachuku/DC/USEPA/US@EPA |
|---|---|---|
| 05/11/2006 06:01 PM | | |
| | cc | Alfred Dufour/CI/USEPA/US@EPA, AngelaD Page/DC/USEPA/US@EPA, Barb Walton/RTP/USEPA/US@EPA, Brendlyn Faison/DC/USEPA/US@EPA, Bruce Mintz/RTP/USEPA/US@EPA, Carrie Moulton/CI/USEPA/US@EPA, Crystal Rodgers/DC/USEPA/US@EPA, Cynthia Nolt-Helms/DC/USEPA/US@EPA, E Hilborn/RTP/USEPA/US, Edward Ohanian/DC/USEPA/US@EPA, Elizabeth Doyle/DC/USEPA/US@EPA, Eric Burneson/DC/USEPA/US@EPA, Gerard Stelma/CI/USEPA/US@EPA, George Hallberg <GHallberg@cadmusgroup.com>, Gregory Carroll/CI/USEPA/US@EPA, Hiba Shukairy/CI/USEPA/US@EPA, Jafrul Hasan/DC/USEPA/US@EPA, James Sinclair/CI/USEPA/US@EPA, Jennifer Best/CI/USEPA/US@EPA, Jennifer Mclain/CI/USEPA/US@EPA, Jitendra Saxena/DC/USEPA/US@EPA, John Ravenscroft/DC/USEPA/US@EPA, Jorge Santodomingo/CI/USEPA/US@EPA, Jo Anne Shatkin |

7

<JShatkin@cadmusgroup.com>, Kenneth
Rotert/DC/USEPA/US@EPA, Keya
Sen/CI/USEPA/US@EPA, KSullivan@icfconsulting.com,
Maggie Javdan/DC/USEPA/US@EPA, Mary
Rothermich/CI/USEPA/US@EPA, Michael
Messner/DC/USEPA/US@EPA, Nena
Nwachuku/DC/USEPA/US@EPA, Nelson Moyer
<nmoyer@cadmusgroup.com>, Pauline
Mendola/RTP/USEPA/US@EPA, PFlight@icfconsulting.com,
Robert Luebke/RTP/USEPA/US@EPA, Sandhya
Parshionikar/CI/USEPA/US@EPA, Stephen
Schub/DC/USEPA/US@EPA, Stephen
Vesper/CI/USEPA/US@EPA, Stig
Regli/DC/USEPA/US@EPA, Tracy
Bone/DC/USEPA/US@EPA, Wynne
Miller/DC/USEPA/US@EPA, Yvette
Selby-Mohamadu/DC/USEPA/US@EPA

Subject    Re: CCL Expert workshop agenda and charge:please review

Nena,

Attached are comments on the charge to reviewers we discussed during Wednesday's meeting. I used
the version of the Charge that Jeet Saxena modified. I left Jeet changes in Blue. My comments are
entered in Redline Strikeout . The majority of my comments are in the materials section we went through
and I promised to capture the groups conversation from Wednesday. I also made suggestions to the
goals of the meeting. The comments in the introduction are mostly minor editorial or grammatical. I
copied the group so they can weigh in to save time as deadlines are approaching.

I too thought Jeet did a nice job grouping the charge questions. It might be helpful to arrange the
questions within the three sections Jeet developed.  If we identify repetition in the questions we can edit
the grouped questions more easily.  This may also help to highlight an issue for the experts to consider.

Section A
Questions 1,3,4, and 6 seem to apply to all the attributes so we could start with these
Questions 5, 7, and 9 seem to apply directly to the severity protocol
Question 8 is from the prevalence attribute asking for a definition of detection by different methods
Question 2 seems to be more directed a compiling the attributes and should be moved to Section B

Section B
Include question 2 from section A and consider condensing

Section C
Question 3 addresses the no data or data gap issue from section A consider moving this question
Question 5 seems more appropriate to all the sections and may be addressed in the goal for this meeting.


Let me know what else I (we) can help on.

Tom



CCLexpertinput2 charge. rev5-11-06 trc.doc

Nena Nwachuku/DC/USEPA/US

8

# EXHIBIT
# 40



Nena
Nwachuku/DC/USEPA/US
05/16/2006 09:17 AM

To    Brenda Mosley/DC/USEPA/US@EPA

cc

bcc

Subject   Fw: Do you have any comments?

—— Forwarded by Nena Nwachuku/DC/USEPA/US on 05/16/2006 09:17 AM ——



Elizabeth
Doyle/DC/USEPA/US
05/16/2006 09:05 AM

To    Nena Nwachuku/DC/USEPA/US@EPA

cc

Subject   Re: Do you have any comments? 🖹

Nena,

I am concerned that in your May 12 email below, you did not accept OGWDW's comments (see number 3). The charge is a very important aspect of the workshop, and should reflect the views of the workgroup at large. OGWDW has a very large stake in this workshop and I wish to ensure that their concerns are accurately reflected in the final charge.

Therefore, please forward to me OGWDW's comments and a specific break out of how you responded to each of them.

I also need to hear from OGWDW whether they concur with your handling of their comments. If not, the final charge must be negotiated.

In addition, I require that the workgroup be provided another opportunity to review the charge BEFORE it is sent to the panelists. Tomorrow's meeting would provide a good opportunity for them to discuss it.

If you feel that you have insufficient time to complete this task this week, I suggest that you complete it next week to relieve the time pressure that you are currently experiencing.

Thank you for your cooperation.

Nena Nwachuku/DC/USEPA/US



Nena
Nwachuku/DC/USEPA/US
05/15/2006 04:47 PM

To    Elizabeth Doyle/DC/USEPA/US@EPA

cc    Edward Ohanian/DC/USEPA/US@EPA, Eric Burneson/DC/USEPA/US@EPA, Thomas Carpenter/DC/USEPA/US@EPA

Subject   Do you have any comments? 🖹

1) What comments are you refering to specifically Elizabeth? My response to comments was to the EPA workgroup as a whole. If you have any problem with the comments and the response to comments, let me hear your comments if you can find time for the work.

2) Did you ask Ed before mentioning his name in this email, Ed sent me an email and I discussed with him

5

briefly about his own revision. He has already asked me to send him the charge so he can help with refining the charge and the agenda. In addition, he asked me to set up the briefing for May 18, 2006 with two optional time slots.

3) What about you? Do you have any? If you ever find time for the work please send me your own comments. Thanks.

---Nena.

Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency
Office of Water, Mail Code 4304T
Office of Science and Technology
1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov
Elizabeth Doyle/DC/USEPA/US



| Elizabeth Doyle/DC/USEPA/US 05/15/2006 04:14 PM | | |
|---|---|---|
| | To | Thomas Carpenter/DC/USEPA/US@EPA, Eric Burneson/DC/USEPA/US@EPA |
| | cc | Edward Ohanian/DC/USEPA/US@EPA, Nena Nwachuku/DC/USEPA/US@EPA |
| | Subject | Fw: CCL Expert workshop agenda and charge:Thanks for the comments |

Tom and Eric,

Are you satisfied with the response to your comments?   Please give us feedback by early tomorrow if possible.  Sorry to rush, but time is short.

Ed,

You and I need to get back to Nena on the charge tomorrow to permit her time to send it back through the workgroup on Wednesday.

Nena,

We will get you comments on the charge tomorrow.  It would be helpful to understand Tom's comments since they were not accepted.  Please send Ed and I a copy.

Thanks, all

----- Forwarded by Elizabeth Doyle/DC/USEPA/US on 05/15/2006 04:06 PM -----



| Nena Nwachuku/DC/USEPA/US. 05/12/2006 08:07 PM | | |
|---|---|---|
| | To | Nena Nwachuku/DC/USEPA/US@EPA |
| | | Alfred Dufour/CI/USEPA/US@EPA, AngelaD Page/DC/USEPA/US@EPA, Barb Walton/RTP/USEPA/US, Brendlyn Faison/DC/USEPA/US@EPA, Bruce Mintz/RTP/USEPA/US@EPA, Carrie Moulton/CI/USEPA/US@EPA, Crystal Rodgers/DC/USEPA/US@EPA, Cynthia Nolt-Helms/DC/USEPA/US@EPA, E Hilborn/RTP/USEPA/US, Edward Ohanian/DC/USEPA/US@EPA, Elizabeth Doyle/DC/USEPA/US@EPA, Eric Burneson/DC/USEPA/US@EPA, Gerard |