# EXHIBIT 41

# (Intentionally Left Blank)

# EXHIBIT 42



Elizabeth
Doyle/DC/USEPA/US
05/16/2006 01:54 PM

To  Eric Burneson/DC/USEPA/US@EPA

cc  Edward Ohanian/DC/USEPA/US@EPA, Nena Nwachuku/DC/USEPA/US@EPA, Thomas Carpenter/DC/USEPA/US@EPA

bcc

Subject  Re: Fw: CCL Expert workshop agenda and charge:please review

Eric,

Thank you for your comments. I agree that Tom's input is clear and understandable. It seems to clarify the charge as presented and make the content easier to track.

Nena,

Please make the changes recommended (unless you have specific reasons not to) and circulate the revised charge to the workgroup tomorrow. If you have specific concerns, please make them known to me, and raise them with the workgroup tomorrow to get their comments.

Thank you
Eric Burneson/DC/USEPA/US

Eric Burneson/DC/USEPA/US

05/16/2006 11:42 AM

To  Elizabeth Doyle/DC/USEPA/US@EPA

cc  Nena Nwachuku/DC/USEPA/US@EPA, Edward Ohanian/DC/USEPA/US@EPA, Thomas Carpenter/DC/USEPA/US@EPA

Subject  Fw: CCL Expert workshop agenda and charge:please review

Beth:

I have spoken to Tom regarding your request to provide feedback on the response Nena provided to Tom's compilation of the work group's comments on the charge to the experts. The following are my thoughts.

1. I can best judge whether comments have been addressed when we have had an opportunity to review the revised charge. I anxiously await the distribution of the revised charge to the microbial work group, preferably in advance of this weeks conference call
2. While I agree that a charge "should be very clear and succinct" I am puzzled as to why the changes Tom compiled are "not understandable as written." I reviewed the comments on the attached document, and I believe that the edits improve the clarity of the charge.
3. Regarding the statement that "Some of the changes were already discussed by me at our last meeting," I think Tom was clear in his cover memo that "The majority of my comments are in the materials section we went through and I promised to capture the groups conversation from Wednesday"

Thanks for requesting our input on this subject. We look forward to working with you to assure we have a clear and focused charge for the upcoming expert meeting.

Eric Burneson



12

# EXHIBIT
# 43



**Nena**
Nwachuku/DC/USEPA/US
05/16/2006 01:38 PM

To    Brenda Mosley/DC/USEPA/US

cc

bcc

Subject    Fw: Travel to Orlando

Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency
Office of Water, Mail Code 4304T
Office of Science and Technology
1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov
----- Forwarded by Nena Nwachuku/DC/USEPA/US on 05/16/2006 04:38 PM -----



**Elizabeth**
Doyle/DC/USEPA/US
05/16/2006 02:42 PM

To    Nena Nwachuku/DC/USEPA/US@EPA

cc

Subject    Travel to Orlando

Nena,

I can not sign your travel for Orlando until you have resolved the issues around the charge to the CCL panel.

Please read my emails and attend to the matter promptly.

Thank you



13

# EXHIBIT 44



Elizabeth
Doyle/DC/USEPA/US
05/17/2006 10:26 AM

To    Edward Ohanian/DC/USEPA/US@EPA

cc    Nena Nwachuku/DC/USEPA/US@EPA

bcc

Subject    Charge to CCL Expert Panel - Your input is requested

Ed,

We have an outstanding issue with OGWDW on revision to the charge for the expert panel. Nena has not yet responded as to why she did not accept Tom Carpenter's modifications to the charge. Both Eric Burneson and Tom have expressed concern that OGWDW opinions have not been adequately reflected. In addition, they had hoped to have the workgroup revisit the final draft of the charge today prior to sending it out to the panelists. Nena has declined that request (per Eric Burneson).

I am particularly concerned about the meeting currently scheduled for Thursday afternoon. I am not comfortable with having a meeting with you and Pam to approve the charge if Eric has not expressed that his concerns have been satisfied.

Unless Eric sees the final charge and indicates that his concerns are resolved, I recommend that we cancel the May 18 meeting and reschedule it to next week. That will allow Nena the time to do the work necessary to complete the charge to the satisfaction of both OST and OGWDW BEFORE passing it to Pam Barr for approval.

Please advise Nena and I on how to proceed.

Thanks

14



# EXHIBIT
# 45

 Elizabeth
Doyle/DC/USEPA/US
05/17/2006 01:05 PM

To   Edward Ohanian/DC/USEPA/US@EPA
cc   Nena Nwachuku/DC/USEPA/US@EPA
bcc

Subject   Re: Charge to CCL Expert Panel - Your input is requested

Ed,

I have placed a meeting on the calendar for Nena, Eric, Tom and I for tomorrow at 9:00. I will let you know if our issues are resolved successfully. Otherwise, I will let you know that we need to reschedule the meeting for next week.

Thanks
Edward Ohanian/DC/USEPA/US

 Edward
Ohanian/DC/USEPA/US
05/17/2006 11:45 AM

To   Elizabeth Doyle/DC/USEPA/US@EPA
cc   Nena Nwachuku/DC/USEPA/US@EPA
Subject   Re: Charge to CCL Expert Panel - Your input is requested

I can not have a meeting with Pam tomorrow unless these issues are resolved at the Branch Chief level. Let me know about the outcome. Thanks, Ed

Edward V. Ohanian, Ph.D., Director
Health and Ecological Criteria Division (MC: 4304T)
Office of Science and Technology/Office of Water
(202) 566-1117 (Voice)
(202) 566-1139 (Fax)
http://epa.gov/waterscience/

Mailing Address:
U.S. Environmental Protection Agency
Connecting Wing/EPA West (MC: 4304T)
Rm: 7231A
1200 Pennsylvania Avenue, NW
Washington, DC  20460

Address for Visitors and Deliveries:
1201 Constitution Avenue, NW
EPA West, 7th Floor, Rm: 7231A
Washington, DC  20004

Elizabeth Doyle/DC/USEPA/US



17

# EXHIBIT
# 46



| | | |
|---|---|---|
| Elizabeth Doyle/DC/USEPA/US 05/17/2006 02:29 PM | To | Nena Nwachuku/DC/USEPA/US@EPA |
| | cc | |
| | bcc | |
| | Subject | Resolution of charge issues with OGWDW |

Nena,

I have scheduled a meeting with you and OGWDW tomorrow to resolve remaining issues with the charge for the CCL Expert Panel.

Note that the time of the meeting has been changed to 11:00. It will take place in room 7233M.

**Please bring with you a 4 copies of the revised charge.** Eric and I need to see its current status and determine how to satisfactorily resolve remaining issues.

If you are unable to attend tomorrow, we will reschedule it for next week.

Please be aware that the workshop is a priority activity. The charge must be completed. Therefore, I can not approve your travel request for next week if we are unable to come to agreement with OGWDW in the person of Eric Burneson tomorrow at 11:00.

Thank you



18

Calendar Entry

# Meeting Change  Elizabeth Doyle has rescheduled this meeting

| Subject | Resolution of CCL Panel Charge | Chair | Elizabeth Doyle/DC/USEPA/US |
|---|---|---|---|
| When | Date  Thursday  05/18/2006<br>Time  11:00 AM - 12:00 PM  (1 hour) | Invitees<br><br>Required (to)<br><br>Optional (cc) | Eric<br>Burneson/DC/USEPA/US@EP<br>A. Nena |
| Where | 7233M-OST-HECD Conference<br>Room/DC-CCW-OST@EPA | | |

This meeting is being scheduled to discuss the issues remaining to permit finalization of the charge.

19

# EXHIBIT
# 47



Nena
Nwachuku/DC/USEPA/US
05/17/2006 08:56 PM

To   Edward Ohanian/DC/USEPA/US@EPA

cc   Eric Burneson/DC/USEPA/US@EPA, Elizabeth
     Doyle/DC/USEPA/US@EPA

bcc  Nena Nwachuku/DC/USEPA/US

Subject   Workgroup revised charge and agenda for review

As I promised last monday, please find attached the CCL micro workgroup revised (by the W/G) agenda and charge. All the revisions were discussed extensively by the workgroup and agreed upon by the members on 5/10/06 and 5/17/06. I have also again attached the Workgroup transcribed meeting notes of 5/10/06, for detailed discussions and revisions made by the w/g for your perusal. Please review and send me your comments for the final which will be mailed on friday. Thanks
---Nena.

        

5-10-06 EPA CCL Meeting Notes.doc   CCLexpertmeeting Agendarev.doc   CCLexpertinput2 chargerev.doc

Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency
Office of Water, Mail Code 4304T
Office of Science and Technology
1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov

20



# EXHIBIT
# 48

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NENA NWACHUKU,                           )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )    Civil Action No. 06-1152 (JDB)
                                         )
STEPHEN L. JOHNSON,                      )
                                         )
                    Defendant.           )
                                         )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUEST FOR ADMISSIONS

Request for Admission No. 1:

Admit that Plaintiff received Dr. Doyle's 5/16/06, 2:42 p.m. e-mail concerning Plaintiff's travel to the ASM Conference in Orlando, Florida, (this e-mail is at page 13, Tab 4MM of the Agency File), read such e-mail message, and forwarded it that day to Brendlyn Mosley.

Response:     Denied.

Request for Admission No. 2:

Admit that Dr. Ohanian advised Plaintiff, in person, on the afternoon of 5/18/06, that the scheduled meeting involving, among others, Plaintiff, himself and OGWDW Director Pam Barr to address the CCL *Charge* had been cancelled.

Response:     Denied.

Request for Admission No. 3:

Admit that for the period, 6/03 - 12/06, i.e., throughout Dr. Doyle's tenure as Plaintiff's immediate supervisor, Plaintiff had never embarked on official travel without previously and/or contemporaneously having received a signed travel authorization (TA) containing either Dr. Ohanian's or Dr. Doyle's authorizing signature.

Response:     Denied.

Request for Admission No. 4:

Admit that on May 19, 2006, when Plaintiff asked Rogers Travel to make her



Response:    Denied.

Request for Admission No. 10:

Admit that prior to the commencement of the CCL Workshop in June 2006, Plaintiff never sent out to CCL Workshop participants a revised version of the CCL *Charge* that she distributed on 5/19/06.

Response:    Denied.

Request for Admission No. 11:

Admit that while at the American Society of Microbiologist conference in Orlando during the week of 5/22/06, Plaintiff spoke to Alice Moss, an administrative support person in HECD, and was told that Plaintiff should call Dr. Doyle, but Plaintiff did not call Dr. Doyle or anyone else in her supervisory chain.

Response:    Denied.

Request for Admission No. 12:

Admit that on 5/30/03, Plaintiff was instructed to distribute the revised *Charge* to the expert panelists by 5/31/03 and send an electronic confirmation that she had done so, but Plaintiff did not do either.

Response:    Denied.

Request for Admission No. 13:

Admit that during the time period of 5/15/06 and 5/17/06, Plaintiff forwarded e-mails she had received from Dr. Doyle to Dr. Brendlyn Mosley.

Response:    Plaintiff admits that she forwarded two e-mails to Brenda Mosley. However, she forwarded the e-mails without reading them first.

Request for Admission No. 14:

Admit that Plaintiff as an employee of the EPA, has an obligation to regularly and timely review her e-mail traffic.

Response:    Denied. Plaintiff had no such requirement in her position description. However, Plaintiff did her best to monitor her e-mails.

Request for Admission No. 15:

Admit that determinations regarding attendance at training are impacted by budgetary considerations.

Response:    Denied.

Request for Admission No. 22:

Admit that determinations of who should be selected for accretion of duties promotions are impacted by supervisors observations of an employees work and interaction with colleagues.

Response:    Denied.

David H. Shapiro
D.C. Bar No. 961326
Sarah L. Riger
D.C. Bar No. 486591
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
(202) 842-0300

Attorneys for Plaintiff

**<u>Certificate of Service</u>**

I hereby certify that a copy of the foregoing Plaintiff's Response to Defendant's first set of

request for admissions was served via e-mail and regular mail to the defendant's attorney of

record, Marian L. Borum (marian.l.borum@usdoj.gov), Assistant United States Attorney, Civil

Division, 555 Fourth Street N.W.  Washington, D.C.  20530, on November 21, 2007.


_____    _____/s/_____
                                            Sarah L. Riger
                                            SWICK & SHAPIRO, P.C.

# EXHIBIT 49



| | Elizabeth<br>Doyle/DC/USEPA/US<br>05/18/2006 07:57 AM | To | Edward Ohanian/DC/USEPA/US@EPA |
|---|---|---|---|
| | | cc | Eric Burneson/DC/USEPA/US@EPA, Nena<br>Nwachuku/DC/USEPA/US@EPA |
| | | bcc | |
| | | Subject | Re: Workgroup revised charge and agenda for review |

Ed,

Eric and I have not yet met with Nena to discuss the charge. We will be meeting at 11:00 to ensure that we (OST and OGWDW) are all on the same page.
After that meeting, I will let you know whether we should meet with Pam Barr today, or need to postpone it until next week.

Edward Ohanian/DC/USEPA/US



| | Edward<br>Ohanian/DC/USEPA/US<br>05/18/2006 07:22 AM | To | Nena Nwachuku/DC/USEPA/US@EPA |
|---|---|---|---|
| | | cc | Eric Burneson/DC/USEPA/US, Elizabeth<br>Doyle/DC/USEPA/US |
| | | Subject | Re: Workgroup revised charge and agenda for review |

Nena,
Thank you very much for the attached. Is this ready for the DDs' review this afternoon? Specifically, Eric and Beth are OK with it based on earlier email exchange? Ed
---------------------------
Sent from my BlackBerry Wireless Handheld
Nena Nwachuku

```
From: Nena Nwachuku
Sent: 05/17/2006 08:56 PM
To: Edward Ohanian
Cc: Eric Burneson; Elizabeth Doyle
Subject: Workgroup revised charge and agenda for review
```

As I promised last monday, please find attached the CCL micro workgroup revised (by the W/G) agenda and charge. All the revisions were discussed extensively by the workgroup and agreed upon by the members on 5/10/06 and 5/17/06. I have also again attached the Workgroup transcribed meeting notes of 5/10/06, for detailed discussions and revisions made by the w/g for your perusal. Please review and send me your comments for the final which will be mailed on friday. Thanks
---Nena.



Nena Nwachuku, Ph.D.
U.S. Environmental Protection Agency
Office of Water, Mail Code 4304T
Office of Science and Technology
1200 Pennsylvania Ave. NW.
Washington, DC. 20460
Ph: 202-566-1116  Fax: 202-566-1139
nwachuku.nena@epa.gov

# EXHIBIT
# 50



| | Elizabeth | To | Edward Ohanian/DC/USEPA/US@EPA, Pamela |
|---|---|---|---|
| | Doyle/DC/USEPA/US | | Barr/DC/USEPA/US@EPA |
| | 05/18/2006 01:01 PM | cc | Eric Burneson/DC/USEPA/US@EPA, Nena |
| | | | Nwachuku/DC/USEPA/US@EPA |
| | | bcc | |
| | | Subject | CCL Expert Panel Charge |

Ed and Pam,

Eric and I met today at 11:00 to discuss the status of the charge for the CCL Expert Panel.  Nena did not appear for the meeting.

Eric and I worked from the version of the charge attached to Nena's 5/17/2006 email.  Eric noted that OGWDW comments have not been fully addressed.  Among the issues raised during our discussion were the following:

-    the workgroup agreed that questions be grouped to help organize the considerations of the Panel.  OGWDW provided groupings, but they were
         not reflected in the current draft.

-    A small portion of the rewording of questions provided by OGWDW were incorporated into the Questions section of the charge.  However,
         because the questions overall were not reworked, questions 5, 8 and 9 are now redundant.

-    Two new goals were added to the charge that greatly broaden the scope of the discussion at the panel meeting, without apparent discussion by
         the workgroup.  The new goals appear to revisit decisions made previously and no longer requiring discussion.

-    Specific editorial comments provided to increase readability and organization of the charge were not accepted.

Finally, we had hoped that Nena would permit the workgroup to review the final charge before sending it out.  This did not occur at the workgroup meeting yesterday.  Therefore, we do not have feedback from the members to see if they believe that the charge is ready.

At this point, the charge is not ready for approval.  I recommend that the meeting with division directors be postponed until these issues are resolved.

