# EXHIBIT 65

Contemporaneous notes (05/22/06) by Elizabeth Doyle of initial discussion with Sarah Williams of issuance of ticket for travel by Nena Nwachuku to Orlando, FL

E. d Doyle
01/22/07

(1) [redacted]

5/22/06 - Sarah Williams
- Ticket issued because indicated she had authorization
- Nena had used first leg of ticket to Orlando.
- Left on Saturday

5/23/06 - NENA
- ASM contact in Orlando
  407-685-5400
- Left message "Contact me as soon as possible. Return to the office immediately."
- Will look for info on hotel to send alternate notification.

5/23/06 - Diane Wright.
- Send Weingarten email.
- Suspension? Douglass factors.

5/23/06 - AnnaLisa from ASM
- Tried to reach Nena. She is not registered at the hotel listed.
- No way to reach her.
- Did register for the meeting

# EXHIBIT 66



| | |
|---|---|
| Elizabeth Doyle/DC/USEPA/US<br>05/30/2006 12:50 PM | To  Nena Nwachuku/DC/USEPA/US@EPA<br>cc  Edward Ohanian/DC/USEPA/US@EPA, Pamela Barr/DC/USEPA/US@EPA, Eric Burneson/DC/USEPA/US@EPA<br>bcc<br>Subject  Distribution of Revised Charge for CCL Expert Panel to Panelists |

Nena,

During the week of May 15, 2006, you were repeatedly instructed to meet with Eric Burneson and I to resolve outstanding issues with the charge for the CCL expert panel meeting. Specifically, you were told that if you did not resolve the issues with the charge during that week, that you were required to be in the office the week of May 22, 2006 to complete work on the charge, specifically receiving concurence from Eric and I, with subsequent approval by Division Directors Edward Ohanian and Pamela Barr.

Instead of completing the assigned task, you sent out the charge without prior approval from branch level management (Eric Burneson and I) or division level management (Edward Ohanian and Pamela Barr). In addition, you did not appear for work during the entire week of May 22, 2006.

Consequently, Eric Burneson and I proceeded to revise the panel charge and receive approval from division management on its content. I have attached the revised charge below.

By way of this email, I am directing you to send the attached, revised charge to the panel with notification to the panel that this version supercedes the one that you sent to them previously. Send the charge out no later that 4:00 pm on May 31, 2006. It is important that the panel have the revised charge as soon as possible to prevent them from improperly focusing any work time that they put in before the conference.

In addition, I am directing you to notify Edward Ohanian, Pam Barr, Eric Bureson and I by email as soon as this task is completed.

Thank you



CCL expert input charge phase II 052406.doc



# EXHIBIT 67



**Edward Ohanian/DC/USEPA/US**
06/05/2006 11:47 AM

To: Nena Nwachuku/DC/USEPA/US@EPA
cc: doyle.elizabeth@epa.gov, Eric Burneson/DC/USEPA/US, Pamela Barr/DC/USEPA/US@EPA
bcc:
Subject: Fw: CCL Expert Panel Charge and Presentation

Nena,

Have you sent out the attached revised charge? Please notify me by 1:00 PM via an email whether you have done it. If not, please send it immediately to the panel members and participants no later than 1:00 PM. Please cc Beth and me on your email. Also, please bring copies of revised charge with you tomorrow for distribution to the Panel and participants.

Additionally, please send a copy of your ppt presentation to Eric, Beth, workgroup members by 1:00 PM to enable them to get back to you with their comments by 3:00 PM today.

I am looking forward to a very productive meeting.

Thanks, Ed



CCL expert input charge phase II 052406.doc

---

Edward V. Ohanian, Ph.D., Director
Health and Ecological Criteria Division (MC: 4304T)
Office of Science and Technology/Office of Water
(202) 566-1117 (Voice)
(202) 566-1139 (Fax)
http://epa.gov/waterscience/

Mailing Address:
U.S. Environmental Protection Agency
Connecting Wing/EPA West (MC: 4304T)
Rm: 7231A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Address for Visitors and Deliveries:
1201 Constitution Avenue, NW
EPA West, 7th Floor, Rm: 7231A
Washington, DC 20004



---- Forwarded by Edward Ohanian/DC/USEPA/US on 06/05/2006 11:34 AM ----



**Elizabeth Doyle/DC/USEPA/US**
06/05/2006 10:45 AM

To: Edward Ohanian/DC/USEPA/US@EPA
cc: Nena Nwachuku/DC/USEPA/US@EPA
Subject: CCL Expert Panel Charge and Presentation

39



Ed,

On 5/30/2006, I instructed Nena to forward the revised charge (developed in concert with OGWDW during the week of 5/22/2006) for the CCL Expert Panel to the Expert Panel members. I also instructed her to notify me when she had completed this task. (You were copied on this email.) As of this time, I have received no notice of her having distributed the revised charge to the Panel members. OGWDW by way of Eric Burneson has expressed concern that the Panel meeting should not proceed unless the charge is replaced because OGWDW believes that the charge initially sent to the workgroup is incomplete and may lead the Panel in an inappropriate direction.

I need to discuss this problem with you as soon as possible.

Meanwhile, I will look for Nena to raise the issue with her.

Eric also mentioned that, unlike all of the other presentations to be made at the Panel meeting, Nena did not share hers with the workgroup. As a result, he has expressed concern that her message may not be on target given that it was not subject to the same scrutiny and modifications that the other presentations underwent. At this point, it could not be construed as a workgroup product as no one else has had the opportunity to review it. Note that the presentations have been one of the topics of the last two CCL Microbiology Workgroup meetings.

Your help in resolving both of these matters would be greatly appreciated.

# EXHIBIT 68

Contemporaneous notes (06/06/06) of Eric Burneson recording interaction with Nena Nwachuku at the CCL Expert Panel Meeting in Crystal City, Virginia.

*[signature]*
6/6/06



1

(2)

June 6, 2006: On this date, I attended the CCL Microbial expert Workshop at the Radison Hotel in Arlington Virginia. Prior to the start of that meeting, I participated in a conversation between Edward Ohanian, Beth Doyle and Nena Nwachuku. In this conversation Ed informed Beth and I that he had spoken with Nena and informed her that she would be distributing the revised charge to the experts. At this point Nena exclaimed that was ridiculous, that the already distributed charge had been agreed to by the EPA workgroup and that the charge should not be distributed just because Beth was meddling in affairs she should not be involved in. At this point in the conversation Pam Barr arrived and joined the discussion. Pam asked that we conduct the conversation in a calm manner. Beth began to explain that she had previously (in the past two-three weeks) instructed Nena to revise the charge to incorporate workgroup input and to obtain the workgroups' approval for the revised charge but that she failed to do so. It was difficult to understand what Beth was saying because as soon as she began speaking Nena also began speaking saying something to the effect that "she" pointing at Beth had once before attempted to direct Nena's contractor to take action without authority and that she was trying to do this again. At this point Nena was gesturing close to Beth's face and Beth asked Ed to ask Nena to provide her with more space. Nena stepped back and said she was not in Beth's space. Pam again restated that we must remain calm

(4)



to speak over Beth and I indicating that the changes were ridiculous. At that point I stated that the time to have had the conversation about the revisions to the charge was weeks ago when we raised the comments and that I recommended the meeting proceed with the revised charge. ~~Now~~ Pam asked if we should cancel the meeting now or proceed. At that point Ed stated he would distribute the revised charge and the meeting would proceed.

# EXHIBIT 69

Contemporaneous notes (06/06/06) of Elizabeth Doyle recording interaction with Nena Nwachuku at the CCL Expert Panel Meeting in Crystal City, Virginia.

*E. A. Doyle*

01/22/07

1

- Further, she told me that if I had anything else to say to her, I should send an email or leave a voicemail.
- I did not receive a reply to my question.
- I sent an email to Ed, copying Nena to ask for assistance.

06/05/06 - Rec Water w/ Lee & Leslie
- Lee - stakeholder involvement - what is the purpose?

06/05/06 - EK on Rec Water
- Adequacy of NEEAR?
- Adequacy of QPCR?
- What are we planning?
- How to proceed?

06/06/06 - CCL Mtg
- Nena was informed by Ed that the revised charge would be handed out to the panel.
- She became extremely angry and protested

(2)

- Ed moved into the hallway, asking Eric & Ed to join him.
- Nena came out into the hallway & continued angry, animated complaint about the change.
- Ed noted his efforts to reach ~~away~~ her yesterday.
- I also reminded her that we had asked her to send out the revised charge over a week ago.
- During the conversation, Nena repeatedly accused me of instigating the revision for personal reasons. I stated that this was not true
- Nena glared at me & pushed her finger into my face.
- Pam Barr arrived.
- Eric indicated that he had initiated the discussion because of concerns that all of the ~~panel~~ workgroup comments had NOT been addressed

(3)

- Nena interrupted to again indicate that I had instigated the change to undermine her personally.
- I again disagreed
- Nena told me not to speak because I had no basis.
- ~~Eric~~ Pam noted that we needed to cancel the meeting or distribute the charge as revised
- Nena argued that there was no substantive change.
- Eric disagreed.
- Ed asked why this was such a big deal.
- Nena said again that this was personal.
- Ed finally indicated we should go ~~ag~~ ahead with the revised charge or cancel
- Nena agreed to go ahead
- As Nena walked away, she said to me "Just you wait. Brace yourself."

(4)