# EXHIBIT 77

LAW OFFICES

BUCHOLTZ & CULBERTSON, P.C.

1801 RESTON PARKWAY, SUITE 302
RESTON, VIRGINIA 20190

(703) 471-9660
FAX: (703) 471-5059

RECEIVED 9/3/2003

ROY J. BUCHOLTZ*
EDWARD S. CULBERTSON*+

*ALSO MEMBER OF DC BAR
+ALSO MEMBER OF MD BAR

August 29, 2003

Karen Higginbotham, Director                CERTIFIED/RETURN RECEIPT REQUESTED
Office of Civil Rights (1201A)
Complaints Resolution & Internal Compliance Staff
U.S. Environmental Protection Agency
Rm 2450, Ariel Rios Bldg., North
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460



Dear Sir or Madam:

I represent Dr. Nena Nwachuku in her Complaint of Discrimination against the U.S. Environmental Protection Agency. Dr. Nwachuku contacted an EEO Counselor on or about June 27, 2003. Dr. Nwachuku received her Notice Of Final Interview on August 26, 2002.

This letter and attachments constitute the timely filing of Dr. Nwachuku's Formal Complaint of Discrimination.

Attached is the Form which Dr. Nwachuku completed at the instruction of the EEO Counselor, Tom A. Bailey, to supplement the original Form which Mr. Bailey wrote for Dr. Nwachuku's signature. Also enclosed and incorporated herein is my July 15, 2003 letter to Mr. Bailey.

Dr. Nwachuku is: (1) Race -- African American/Negroid ; (2) Color -- Black; (3) National Origin - African; and (4) Reprisal - exercised her right to complain about discrimination in a prior grievance.

My July 15, 2003 letter details the Issues, which are summarized as follows.

1.   Was Dr. Nwachuku discriminated against on the bases of Race, Color, National Origin, and Reprisal, when she was not promoted to GS-14 based on accretion of duties, and all such promotions in the Office of

Exhibit 3 p. 1-5

Office of Civil ght (1201A)
U.S. Environmental Protection Agency
August 29, 2003
Page 2

Water were awarded to employees who are Caucasian, White, born in America, and who have not filed any complaints of discrimination?

    2.    Was Dr. Nwachuku discriminated against on the bases of Race, Color, National Origin, and Reprisal, when Management denied Dr. Nwachuku's requests for Training, and training requests were approved for employees who are Caucasian, White, born in America, and who have not filed any complaints of discrimination?

    3.    Was Dr. Nwachuku discriminated against on the bases of Race, Color, National Origin, and Reprisal, when Management imposed disparate treatment against Dr. Nwachuku with regard to working conditions and imposed actions against Dr. Nwachuku which humiliated her in front of other employees, which actions include but are not necessarily limited to labeling Dr. Nwachuku a "junior" employee, removing Dr. Nwachuku from her leadership position of Microbiology Team Coordinator, canceling a briefing which Dr. Nwachuku was prepared to deliver, without informing her, and other similar actions?

When Dr. Nwachuku contacted an EEO Counselor, the most recent date of discrimination had been June 5, 2003. Discrimination and reprisals and disparate working conditions have continued to date.

The discriminating officials are: Geoffrey Grubbs; Edward Ohanian; Christopher Zarba; Rita Schoeny; and others to be determined based on the evidence.

Dr. Nwachuku requests Relief as follows:
    1.    Promotion to Environmental Scientist (Senior Scientist), GS-14, effective the date of promotion of the employees who are Caucasian, White, American, and who did not file discrimination complaints.
    2.    Approval of training.
    3.    Designation in normal rotation and with full service as Team Coordinator.
    4.    Compensatory damages.
    5.    Attorney's fees and costs.

My July 15, 2003 letter details corrections of the Forms completed by the EEO Counselor on July 2, 2003. On August 26, 2003, the EEO Counselor mistakenly wrote an incomplete statement of the issues on the

Exhibit _3_ p. _2_

Office of Civil .ght .1201A)
U.S. Environmental Protection Agency
August 29, 2003
Page 3

Notice Of Final Interview, which were before him in my July 15, 2003 letter, and which is corrected herein by the issues as summarized above.

    Please send to each of Dr. Nwachuku and me, the Agency's "Acceptance Letter" setting forth the issues as written above, each of which is detailed in my July 15, 2003 letter, and which were issues in the Informal stage received by the EEO Counselor.

    Please send to each of Dr. Nwachuku and me, a copy of the appointment of an Investigator to conduct an impartial and complete investigation. My July 15, 2003 letter specifies Documents to be obtained. These and other Documents should be secured by the Investigator.

    Please direct all communications to me, with copies to Dr. Nwachuku at her home address.

                                Sincerely yours,

                                Roy J. Bucholtz, Esq.
                                Attorney for Nena Nwachuku, Ph.D.

RJB/smr
Encl.
cc:   Nena Nwachuku, Ph.D.
      7413 Shrewsbury Court
      Beltsville, MD 20705

Exhibit 3 p. 3

| COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, OR REPRISAL (Please type or print) | (FOR AGENCY USE) |
|---|---|

**1. YOUR (COMPLAINANT'S) FULL NAME:** Dr. Nena Nwachuku

**STREET ADDRESS (OR POST OFFICE BOX NUMBER):** 7413 Shrewsbury Court

**CITY:** Beltsville **STATE:** MD **ZIP CODE:** 20705

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
HOME PHONE: 301-210-3661
WORK PHONE: 202-566-1116

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☒ YES (ANSWER A, B, C AND D BELOW)
☐ NO (CONTINUE WITH QUESTION 5)

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?** (Prepare a separate complaint form for each office.) OW/OST/HECD

**A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:** OST

**B. STREET ADDRESS OF OFFICE:**

**C. CITY     STATE     ZIP CODE**

**A. NAME OF AGENCY WHERE YOU WORK:** U.S. EPA

**B. STREET ADDRESS OF YOUR AGENCY:** 1200 Pennsylvania Ave. (4304T)

**C. CITY:** Washington **STATE:** DC **ZIP CODE:** 20460

**D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB?** Environmental Scientist, GS-13

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
MONTH: June  DAY: 4  YEAR: 2003

**6. NAME AND ADDRESS OF REPRESENTATIVE:**

**7. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST. BECAUSE OF YOUR:**
☒ RACE, IF SO, STATE YOUR RACE: African American
☒ COLOR, IF SO, STATE YOUR COLOR: Black
☐ RELIGION, IF SO, STATE YOUR RELIGION:
☒ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN: African
☐ SEX, IF SO, STATE YOUR SEX:
☐ HANDICAP, IF SO, STATE YOUR HANDICAP:
☒ REPRISAL, IF SO, STATE YOUR CHARGE: Denied Promotion
☐ AGE, IF SO, STATE YOUR DATE OF BIRTH:
(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time of the alleged discriminatory actions.)

**8. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL.** (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

Reprisal – filed earlier grievance against Rita Shoeny for denial of training, removal from leadership, and humiliation
Color – Those promoted have been less qualified, non-black, and lesser experience
Nat. Origin – Denial of promotion despite superior qualifications; although operating @ senior level, denied.
Race – Denied training and promotion; no African Amer. in senior positions despite meeting qualifications.

**9(a). I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR:** ☒ YES ☐ NO

**9(b). NAME OF COUNSELOR:** Tom A. Bailey

**10. WHAT CORRECTIVE ACTION ARE YOU SEEKING?** (If additional space is needed, use separate sheet.)
Promotion to GS-14 and Senior Scientist status officially designated.

**11. DATE OF THIS COMPLAINT**
MONTH: ~~June~~ August 26,  DAY: ~~4~~  YEAR: 2003

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:** [signature]

Exhibit 3  p. 4

# EXHIBIT 78



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

# EEO COUNSELOR'S REPORT

OFFICE OF
CIVIL RIGHTS

MAY 13, 2004

Counselee Contact Number: HQ-0070-04

**Counselee Information:**

Dr. Nena Nwachuku
7413 Shrewsbury Court
Beltsville, MD 20705

Counselee's Home Phone Number: (301) 210-3661

Counselee's Job Title/Series/Grade Level: Environmental Scientist, GS-13

Counselee's Place of Employment:   Office of Water
1200 Pennsylvania Ave, N.W.,
Washington, DC 20460

Counselee's Work Phone Number: (202) 566-1116

**Counselee's Representative Information**

Provide the same information for the representative as for the Counselee:
Roy J. Bucholtz, Esq.
1801 Reston Parkway
Suite 302
Reston, VA 20190
Tel #: (703) 471-9660
Fax #: (703) 471-5059

**Counseling Chronology**

Date of Initial Contact: April 9, 2004

Date of Initial Interview: May 10, 2004

Date(s) of alleged discriminatory event(s): March 4, 2004

Date of Final Interview: May 11, 2004



Page 1 of 4

Tab B    p. 1-29