UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN L. JOHNSON, Administrator<br>U.S. Environmental Protection Agency<br>        Defendant. | Civil Action No. 06-0946 (RJL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO AGENCY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff requests an enlargement of time of two weeks, up to and including Friday, July 4, 2008, in which to respond to the Defendant's Motion for Summary Judgment. Plaintiff's response is currently due on Friday, June 20, 2008.

The reason for Plaintiff's motion is that plaintiff just completed and filed an appellate brief in *Montgomery v. Chao*, C.A. No. 07-5255, which was due on June 4, 2008. While plaintiff has a substantive draft of the opposition completed, additional analysis and research is required.

Counsel for defendant consents to this motion.

Respectfully submitted,

_____/S/_____
David H. Shapiro, D.C. Bar # 961326
Alana M. Hecht, D.C. Bar # 494097
SWICK & SHAPIRO, P.C.

1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff