## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NENA NWACHUKU** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Civil Action No. 06-0946 (RJL)** |
| **v.** ) | |
| ) | |
| **STEPHEN L. JOHNSON, Administrator** ) | |
| **U.S. Environmental Protection Agency** ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Enlargement of Time to Respond to Agency's Motion for Summary Judgment, and for the reasons stated therein, and the entire record herein, it is this _____ day of _____ 2008,

ORDERED, that the Consent Motion for Enlargement of Time to Respond to Agency's Motion for Summary Judgment is hereby GRANTED; it is

FURTHER ORDERED, that the Plaintiff's opposition to Defendant's Motion for Summary Judgment is hereby enlarged to and including June 20, 2008.

_____
UNITED STATES DISTRICT JUDGE