UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NENA NWACHUKU )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator )<br>U.S. Environmental Protection Agency )<br>Defendant. )<br>) | Civil Action No. 06-0946 (RJL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO AGENCY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff requests an enlargement of time of one week, up to and including Monday, July 14, 2008, in which to respond to the Defendant's Motion for Summary Judgment. Plaintiff's response is currently due on Monday, July 7, 2008.

The reason for Plaintiff's motion is that the brief was originally 71 pages, and the plaintiff is currently revising portions of the brief to comply with the page limit requirements. Additionally, there are hundreds of documents that needed to be digested and incorporated into the brief, and counsel requires time to consult with the plaintiff before the brief is filed.

Counsel for defendant consents to this motion.

Respectfully submitted,

_____/S/_____
David H. Shapiro, D.C. Bar # 961326
Alana M. Hecht, D.C. Bar # 494097
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.

Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff