UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator )<br>U.S. Environmental Protection Agency )<br>Defendant. )<br>) | Civil Action No. 06-0946 (RJL) |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Enlargement of Time to Respond to Agency's Motion for Summary Judgment, and for the reasons stated therein, and the entire record herein, it is this ____ day of _____ 2008,

ORDERED, that the Consent Motion for Enlargement of Time to Respond to Agency's Motion for Summary Judgment is hereby GRANTED; it is

FURTHER ORDERED, that the Plaintiff's opposition to Defendant's Motion for Summary Judgment is hereby enlarged to and including July 14, 2008.

_____
UNITED STATES DISTRICT JUDGE