UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NENA NWACHUKU ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v.  ) <br> ) <br> STEPHEN L. JOHNSON, Administrator ) <br> U.S. Environmental Protection Agency ) <br> Defendant. ) <br> ) | Civil Action No. 06-0946 (RJL) |

## NOTICE OF BULKY FILING

Pursuant to LCvR5.4 (e)1, Local Rules, Plaintiff hereby notifies the Court and the Defendant's counsel of record of the physical filing of the exhibits to Plaintiff's Opposition to Summary Judgement. The exhibits to the Plaintiff's Opposition to Summary Judgement exceed 500 pages and have been physically filed with the court in the form of a PDF file on a CD-ROM. Accordingly, the exhibits are available for viewing and copying at the office of the Clerk Monday through Friday between the hours of 9am and 4pm.

Respectfully submitted,

*Alana Hecht*

David H. Shapiro
D.C. Bar No. 961326
Alana M. Hecht
D.C. Bar No. 494097
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC  20005
Tel. (202) 842-0300
Attorneys for Plaintiff