UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Case No. 06-0946 (RJL) |

### CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Stephen L. Johnson ("Defendant"), Administrator, United States Environmental Protection Agency ("Agency"), respectfully moves, by and through his undersigned counsel, for an enlargement of time to file his reply in further support of his Motion for Summary Judgment ("MSJ"). Specifically, Defendant requests that the Court extend the deadline for filing his reply from August 13, 2008 to August 22, 2008 -- a seven business day extension of time. Plaintiff, through her counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race discrimination and retaliation under Title VII. After the conclusion of discovery, on May 9, 2008, Defendant filed his MSJ. On July 14, 2008, after two extensions of time (to which Defendant consented), Plaintiff filed her opposition to Defendant's MSJ. Pursuant to the Court's Order of April 30, 2008, Defendant currently has until August 13, 2008, to file his reply.

- 2 -

Although undersigned counsel and Agency counsel have reviewed and conferred regarding Plaintiff's opposition, due to the size of Plaintiff's submission, and matters and deadlines in other pending cases, defense counsel requires additional time to formulate an appropriate reply, which could resolve Plaintiff's claims in this action without the need for a trial. Accordingly, Defendant respectfully requests the Court to extend his time for reply

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, his third motion for an extension in this action. Aside from Defendant's reply, no other matters are currently scheduled in this action, and thus, granting this Motion will not affect any other dates. Allowing Defendant a reasonable amount of additional time to formulate an appropriate reply serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that Defendant's time for filing his reply on his MSJ be extended to, and including, August 22, 2008. A proposed order is attached.

Dated: August 11, 2008
      Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 3 -

        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*