UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>U.S. Environmental Protection Agency,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 06-0946 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file his reply on his motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that Defendant shall have through and including August 22, 2008, to file his reply.

SIGNED:

_____      _____
Date                                                    RICHARD J. LEON
                                                              United States District Judge


Copies to Counsel of Record by CM/ECF.