UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NENA NWACHUKU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>U.S. Environmental Protection Agency,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Case No. 06-0946 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's second consent motion for an extension of time to file his reply on his motion for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED,

ORDERED that Defendant shall have through and including September 5, 2008, to file his reply.

SIGNED:

_____　　　　　　_____
Date　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　United States District Judge


Copies to Counsel of Record by CM/ECF.