# EXHIBIT C

```
                                                          Page 328
1            EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                    BALTIMORE DISTRICT OFFICE
2                          VOLUME II

     NENA NWACHUKU
3            Complainant            EEOC Case No.
         vs.                        100-2004-011025X
4

     MICHAEL LEVITT, ADMINISTRATOR
5    ENVIRONMENTAL PROTECTION       Agency Case Nos.
     AGENCY                         2003-0065-HQ
6            Agency                 2004-0050-HQ
7    _____/

8            The above-entitled matter came on for
9    Hearing before Laurence Gallagher, Administrative
10   Judge, on Wednesday, October 26, 2005, commencing at
11   8:10 A.M. at the Equal Employment Opportunity
12   Commission, City Crescent Building, 10 South Howard
13   Street, 3rd floor, Baltimore, Maryland, before Chuck
14   Peppler, a Notary Public.
15   APPEARANCES:
16           LAURENCE GALLAGHER, ADMINISTRATIVE JUDGE
17           ROY J. BUCHOLTZ, ESQUIRE
                  On behalf of the Complainant
18
             PAUL M. WINICK, ESQUIRE
19                On behalf of the Agency
20
21   REPORTED BY:   Chuck Peppler
```

Page 329

1       P-R-O-C-E-E-D-I-N-G-S

2             JUDGE GALLAGHER:  Good morning, everybody.

3   This is the second day of our hearing in Nwachuku

4   versus EPA.  It is October 26th, 2005.  We're at the

5   same location, the same participants, so we'll just go

6   right into it.  You're still under oath, Doctor.  Go

7   ahead, Mr. Bucholtz.

8             EXAMINATION BY MR. BUCHOLTZ:

9       Q     Dr. Nwachuku, in the ROI, you have put in

10  a rebuttal affidavit to Geoffrey Grubbs' affidavit.

11  You named four individuals in EAD who had been

12  promoted after the 10/16/02 memo.  Debra Hart, Bill

13  Anderson Jim Connolly and John Fox.  Are each one of

14  them white?

15      A     Yes.

16      Q     Do any of them have a Ph.D.?

17      A     Not that I'm aware of.  I think maybe John

18  Fox does, but I'm not sure.

19      Q     Are any of them African?

20      A     No.

21      Q     Is Carey Johnston white?

1  County?

2     A    Yes, she used to live in PG County.

3     Q    Is that her reason?

4     A    I don't know. What does that mean? In other words, Prince George's County is supposed to be usually for blacks.

7          MR. WINICK: Objection. The witness is not competent to try and speculate.

9          JUDGE GALLAGHER: I have no idea what you're talking about. PG County is in what city?

11         MR. BUCHOLTZ: PG County is here in Maryland.

13         JUDGE GALLAGHER: I know that. What city?

14         MR. BUCHOLTZ: The cities are Hyattsville, Beltsville, Laurel. What else is in PG County? I am sure there are some white folks that live there, too. There is a large black population.

18         THE WITNESS: Yes, my neighbors are white.

19         JUDGE GALLAGHER: Well, it seems to me, I think I'm going to sustain that objection.

21    Q    Dr. Nwachuku, let's talk about the manner