# EXHIBIT D

```
                  UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x
NENA NWACHUKU                  :

          Plaintiff,           :

     vs.                       : Civil Action No.

STEPHEN L. JOHNSON,            : 06-0946 (RJL)

          Defendant.           :
- - - - - - - - - - - - - - - x

                    Washington, D.C.


                    Monday, January 14, 2008


Deposition of

                    CHRISTOPHER ZARBA

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before PETER

K. SHONERD, Notary Public in and for the District of

Columbia, in the offices of Swick & Shapiro, 1225 Eye

Street, N.W., Suite 1290, Washington, D.C., 2005,

commencing at 3:23 p.m.
```

8196317d-12fe-49cc-a452-0ecd2a94fd7e

APPEARANCES:

    On behalf of the Plaintiff:

        DAVID H. SHAPIRO, ESQ.

        ALANA M. HECHT, ESQ.

        Swick & Shapiro P.C.

        1225 Eye Street N.W., Suite 1290

        Washington, D.C.  20005

        (202) 842-0300

    On behalf of the Defendant:

        BRIAN HUDAK, ESQ.

        Assistant U.S. Attorney

        U.S. Department of Justice

        Civil Division

        555 4th Street, N.W.

        Washington, D.C.  20530

        (202) 514-7143

8196317d-12fe-49cc-a452-0ecd2a94fd7e

C O N T E N T S

EXAMINATION BY:

    PAGE

    Counsel for the Plaintiff                                          4

ZARBA DEPOSITION EXHIBITS:

    1    02/17/05 Declaration                                         47

Page 4

1        P R O C E E D I N G S
2   Whereupon,
3                    CHRISTOPHER ZARBA
4   was called as a witness and, having been first duly
5   sworn, was examined and testified as follows:
6            THE REPORTER:  Would you please state your
7   name for the record?
8            THE WITNESS:  Christopher Zarba.  Z-a-r-b-
9   a.
10           THE REPORTER:  Thank you.  For the record,
11  my name is Peter K. Shonerd.  I'm a Notary Public for
12  the District of Columbia.  My Commission expires June
13  15, 2010.
14           EXAMINATION BY COUNSEL FOR THE PLAINTIFF
15           BY MR. SHAPIRO:
16       Q   Can you tell us your current residential
17  address, sir?
18       A   115 Indian Lane, Annapolis, Maryland.
19       Q   Zip code?
20       A   21403.
21       Q   And the telephone number there?
22       A   410-990-4948.

1  man?
2      A    Yes.
3      Q    Who is the black, Williams-Bower or Mr.
4  Johnson?
5      A    Williams-Bower.
6      Q    She is a black female.  Mr. Johnson is a
7  white male?
8      A    I don't know.
9      Q    "As far more deserving a promotion than Dr.
10 Nwachuku, and in fact, of the probably 50 or so GS-
11 13s eligible for promotion consideration," that would
12 be in all of Science and Technology?
13     A    Correct.
14     Q    "I am confident that the panel would have
15 regarded any number is better qualified than Dr.
16 Nwachuku, based on her notorious history of
17 problematic interpersonal relations."
18          This is getting along with colleagues?
19     A    Correct.
20     Q    Scientific colleagues?
21     A    Yes.
22     Q    Did she not get along with anyone?

Page 58

1   A   Not that I could tell.
2   Q   Not that you could tell, in the six months
3   you were there?
4   A   Correct.
5   Q   Is there anything in here that you could
6   add from your personal knowledge now, or are there
7   things in here that you really don't remember except
8   that they are in here?
9   A   No, it's about right.
10  Q   Anything you can add to it?
11  A   No.
12  Q   Nothing at all?  Okay.
13          MR. SHAPIRO:  I don't have anything
14  further.
15          MR. HUDAK:  Great.  Thank you.
16          MR. SHAPIRO:  Thank you.
17          (Whereupon, at 4:30 p.m., the deposition of
18  CHRISTOPHER ZARBA was concluded.)
19                  * * * * *
20          I have read the foregoing pages, which are
21  a correct transcript of the answers given by me to
22  the questions therein recorded.